Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com
rmiddlemiss@grosskleinlaw.com

*Attorneys for Plaintiff Virginia M. Lambrix and the Proposed Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TESLA, INC.,<br><br>　　　　Defendant. | CASE NO. 23-CV-01145<br><br>**NOTICE OF APPEARANCE OF STUART G. GROSS** |

NOTICE OF APPEARANCE OF STUART G. GROSS; Case No. 23-cv-01145

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Stuart G. Gross of Gross Klein PC hereby appears for Plaintiff Virginia M. Lambrix. All further proceedings in said action should be served upon the undersigned attorneys at their address and email stated in the caption above.

Dated:  March 15, 2023           **GROSS KLEIN PC**

By:   */s/ Stuart G. Gross*
       STUART G. GROSS

Stuart G. Gross (SBN 251019)
Travis H. A. Smith (SBN 331305)
Ross A. Middlemiss (SBN 323737)
**GROSS KLEIN PC**
The Embarcadero Pier 9, Suite 100
San Francisco, CA  94111
Telephone:     (415) 671-4628
Facsimile:       (415) 480-6688
sgross@grosskleinlaw.com
tsmith@grosskleinlaw.com
rmiddlemiss@grosskleinlaw.com

R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Matthew D. Heaphy (SBN 227224)
David Y. Hwu (SBN 281780)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
mheaphy@saveri.com
dhwu@saveri.com

|   |   |
|---|---|
| 1 | Matthew W. Ruan (SBN 264409) |
| 2 | Douglas A. Millen |
|   | Michael E. Moskovitz |
| 3 | Nia-Imara Binns |
|   | **FREED KANNER LONDON** |
| 4 | **& MILLEN LLC** |
|   | 2201 Waukegan Road, Suite 130 |
| 5 | Bannockburn, IL |
| 6 | Telephone: (224) 632-4500 |
|   | mruan@fklmlaw.com |
| 7 | dmillen@fklmlaw.com |
|   | mmoskovitz@fklmlaw.com |

Matthew W. Ruan (SBN 264409)
Douglas A. Millen
Michael E. Moskovitz
Nia-Imara Binns
**FREED KANNER LONDON**
**& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

Kimberly A. Justice
**FREED KANNER LONDON**
**& MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486

*Attorneys for Plaintiff Virginia M. Lambrix and the Proposed Class*

GROSS KLEIN PC
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

NOTICE OF APPEARANCE OF STUART G. GROSS; Case No. 23-CV-01145

2