R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Matthew D. Heaphy (SBN 227224)
David Y. Hwu (SBN 281780)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
mheaphy@saveri.com
dhwu@saveri.com

*Attorneys for Plaintiff Virginia M. Lambrix and the Proposed Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT<br><br>**PLAINTIFF VIRGINIA M. LAMBRIX'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge:   Honorable Trina L. Thompson |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Virginia M. Lambrix ("Plaintiff") hereby moves the Court to consider whether cases should be related.

Civil Local Rule 3-12 requires that a party promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11, "whenever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District as defined in Civil L.R. 3-12(a)."

Plaintiff filed the above-captioned action, *Lambrix v. Tesla, Inc.*, Case No. 3:23-cv-01145-TLT (N.D. Cal.) ("*Lambrix*"), on March 14, 2023. Dkt. No. 1. Plaintiff learned that the following action was filed in this District that is or may be related to the *Lambrix* action pending in this District:

| Case Name | Case No. (Court) | Date Filed |
|---|---|---|
| *Orendain v. Tesla, Inc.* | 3:23-cv-01157-JCS (N.D. Cal.) | March 15, 2023 |

Like the *Lambrix* action, the *Orendain* action names Tesla, Inc. ("Tesla") as the sole defendant and concerns allegations of Tesla's anticompetitive policies regarding a consumer's right to repair Tesla vehicles. Also, Mrs. Lambrix and Mr. Orendain both seek to represent a class of injured Tesla customers. In light of the substantial similarity of the *Orendain* action to the *Lambrix* action, as set forth in the respective complaints, it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2).

Plaintiff therefore submits that the *Orendain* action is a related case and therefore should be transferred to this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | Respectfully submitted, |
| 2 | Dated: March 17, 2023 | By: | /s/ R. Alexander Saveri |

R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Matthew D. Heaphy (SBN 227224)
David Y. Hwu (SBN 281780)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
mheaphy@saveri.com
dhwu@saveri.com

Matthew W. Ruan (SBN 264409)
Douglas A. Millen
Michael E. Moskovitz
Nia-Imara Binns
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com

Stuart G. Gross (SBN 251019)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628, ext.10
sgross@grossklein.com

*Attorneys for Plaintiff*