1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-1145-TLT |
| 12         Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF VIRGINIA M. LAMBRIX'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 13     v. | |
| 14  TESLA, INC., | |
| 15         Defendant. | Judge:   Honorable Trina L. Thompson |

16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED;
Case No. 3:23-CV-1145-TLT

The Court, having reviewed Plaintiff Virginia M. Lambrix's Administrative Motion to Consider Whether Cases Should be Related, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that:

1. *Orendain v. Tesla, Inc.*, Case No. 3:23-cv-01157-JCS (N.D. Cal.), filed on March 15, 2023 ("*Orendain*"), concerns substantially the same parties, property, transaction, or event as the above-captioned action, *Lambrix v. Tesla, Inc.*, Case No. 3:23-cv-01145-TLT (N.D. Cal.) ("*Lambrix*"), filed on March 14, 2023; and

2. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if *Lambrix* and *Orendain* are conducted before different Judges.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

The *Orendain* action is related to the *Lambrix* action and therefore is reassigned to this Court for all purposes pursuant to Civil Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE