1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA M LAMBRIX, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>TESLA, INC.,<br><br>            Defendant. | Case No.  23-cv-01145-TLT<br><br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION RE: INITIAL SCHEDULING**<br><br>Re: Dkt. No. 30 |

      The court will discuss the parties' proposed schedule at the upcoming initial case-management conference scheduled for June 15, 2023, including a schedule to respond to any impending consolidated amended complaint.  In the meantime, the defendant shall answer, move, or otherwise respond to the complaint by June 9, 2023.

      **IT IS SO ORDERED.**

Dated: April 10, 2023

                                        _____

                                    TRINA L. THOMPSON<br>                                  United States District Judge