David R. Marriott (SBN 2682565)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Defendant Tesla, Inc.*

Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing pro hac vice)
Michael E. Moskovitz (pro hac vice pending)
Nia-Imara Binns (appearing pro hac vice)
**FREED KANNER LONDON**
**& MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

*Attorneys for Plaintiff Virginia M. Lambrix and the Proposed Class*

[Additional counsel listed on signature page.]

R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Matthew D. Heaphy (SBN 227224)
David Y. Hwu (SBN 281780)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
mheaphy@saveri.com
dhwu@saveri.com

[Additional counsel listed on signature page]

STIPULATION AND [PROPOSED] ORDER RE: INITIAL SCHEDULING; Case No. 3:23-CV-1145-TLT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br>　　　　　Defendant. | Case No. 3:23-cv-1145-TLT |
| ROBERT ORENDAIN, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br>　　　　　Defendant. | Case No. 3:23-cv-1157-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER RE: INITIAL SCHEDULING AND PAGE LENGTHS**<br><br>Judge:　　Honorable Trina L. Thompson |
| SEAN BOSE, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br>Defendant. | Case No. 3:23-cv-1496-TLT |
| PATRICK DOYLE, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br><br>　v.<br><br>TESLA, INC.,<br>Defendant. | Case No. 3:23-cv-1543-TLT |

Class Plaintiffs in *Lambrix v. Tesla, Inc.*, 3:23-cv-01145-TLT, *Orendain v. Tesla, Inc.*, 5:23-cv-01157-TLT, *Bose v. Tesla, Inc.*, 3:23-cv-01496-TLT, and *Doyle v. Tesla, Inc.*, 5:23-cv-1543-TLT (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with Plaintiffs, the "Parties"), by and through their undersigned counsel and pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and Civil Local Rules 6-2 and 7-12, hereby stipulate as follows:

1   WHEREAS, on March 14, 2023, Plaintiff Virginia M. Lambrix ("Lambrix") filed a putative
2   antitrust class action complaint in Case No. 3:23-cv-01145-TLT against Tesla pursuant to the Sherman
3   Act, 15 U.S.C. §§ 1 and 2, and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2302;

4   WHEREAS, on March 15, 2023, Plaintiff Robert Orendain ("Orendain") filed a putative antitrust
5   class action complaint in Case No. 3:23-cv-01157-TLT against Tesla pursuant to the Sherman Act, 15
6   U.S.C. §§ 1 and 2, and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2302;

7   WHEREAS, on March 29, 2023, Sean Bose ("Bose") filed a putative class action complaint in
8   Case No. 3:23-cv-01496-TLT against Tesla pursuant to the Sherman Act, 15 U.S.C. § 2;

9   WHEREAS, on March 31, 2023, Plaintiff Patrick Doyle ("Doyle") filed a putative class action
10  complaint in Case No. 4:23-cv-01543-TLT against Tesla pursuant to the Sherman Act, 15 U.S.C. §§ 1
11  and 2, and the Magnuson-Moss Warranty Act, 15 U.S.C. § 2302;

12  WHEREAS, each of the above-referenced complaints ("Complaints") makes allegations relating
13  to substantially similar conduct in alleged markets for electric vehicles, Tesla vehicle services, and Tesla
14  vehicle parts;

15  WHEREAS, the Hon. Trina L. Thompson has entered Related Case Orders directing that the four
16  above-mentioned cases are related to one another and has assigned the cases to herself (*Lambrix* Dkts.
17  21, 35);

18  WHEREAS, on April 10, 2023, the Hon. Trina L. Thompson ordered that Tesla's date to answer,
19  move, or otherwise respond to the *Lambrix* and *Orendain* complaints is June 9, 2023 and set a case
20  management conference for June 15, 2023 to discuss further scheduling matters;

21  WHEREAS, the response date for the *Bose* action is currently set for May 3, 2023 and the
22  response date for the *Doyle* action has yet to be determined pending service;

23  WHEREAS, Plaintiffs intend to seek consolidation of the four above-mentioned cases, and Tesla
24  supports consolidation;

25  WHEREAS, Tesla expects to move to dismiss the Complaints;

26  WHEREAS, at the Case Management Conference set for June 15, 2023, the Parties expect to
27  address scheduling matters relating to lead plaintiff, lead counsel, and consolidation of the Complaints;

28  WHEREAS, there have been no previous time modifications in the *Bose* and *Doyle* cases;

WHEREAS, Tesla has proposed that it shall file a single omnibus motion to dismiss of 50 pages that addresses all four of the Complaints rather than four 25-page motions responding to each individual complaint;

NOW, THEREFORE, *Bose*, *Doyle* and Tesla, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Good cause exists to modify the deadlines for Tesla to respond to the complaints in the *Bose* and *Doyle* actions referenced above.

2. The date for Tesla to move, answer or otherwise respond to the complaints in the *Bose* and *Doyle* actions shall be set to the same day as Tesla's deadline to move, answer or otherwise respond to the *Lambrix* and *Orendain* complaints: June 9, 2023.

NOW, THEREFORE, all Parties through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Good cause exists to modify the page limits for Tesla's forthcoming motion to dismiss the Complaints.

2. Instead of filing a separate 25-page motion to dismiss to respond to each of the four Complaints, Tesla shall file one omnibus motion to dismiss, of no more than 50 pages, which will address in a single document Tesla's grounds for dismissing the claims in the four Complaints. Plaintiffs expressly reserve the right to challenge any future page limit extensions requested by Tesla, including but not limited to the page limit associated with any motion to dismiss the consolidated amended complaint.

3. The schedule and page limits for the remaining motion to dismiss briefing will be discussed at the June 15, 2023 Case Management Conference.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

                                            HONORABLE TRINA L. THOMPSON
                                            UNITED STATES DISTRICT JUDGE

Dated: April 28, 2023        By:    */s/ David R. Marriott*
                                                David R. Marriott
                                                **CRAVATH, SWAINE & MOORE LLP**

                                                *Counsel for Defendant Tesla, Inc.*

                                                */s/ Matthew W. Ruan*
                                                Matthew W. Ruan (SBN 264409)
                                                Douglas A. Millen (appearing pro hac vice)
                                                Michael E. Moskovitz (pro hac vice pending)
                                                Nia-Imara Binns (appearing pro hac vice)
                                                **FREED KANNER LONDON & MILLEN LLC**
                                                2201 Waukegan Road, Suite 130
                                                Bannockburn, IL
                                                Telephone: (224) 632-4500
                                                mruan@fklmlaw.com
                                                dmillen@fklmlaw.com
                                                mmoskovitz@fklmlaw.com
                                                nbinns@fklmlaw.com

                                                R. Alexander Saveri (SBN 173102)
                                                Geoffrey C. Rushing (SBN 126910)
                                                Matthew D. Heaphy (SBN 227224)
                                                David Y. Hwu (SBN 281780)
                                                **SAVERI & SAVERI, INC.**
                                                706 Sansome Street
                                                San Francisco, CA 94111
                                                Telephone: (415) 217-6810
                                                rick@saveri.com
                                                grushing@saveri.com
                                                mheaphy@saveri.com
                                                dhwu@saveri.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com

Stuart G. Gross (SBN 251019)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628, ext.10
sgross@grossklein.com

*Attorneys for Plaintiff Virginia M. Lambrix and the Proposed Class*

/s/ Richard D. McCune
Richard D. McCune
David C. Wright
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
dcw@mccunewright.com

Derek Y. Brandt
Leigh M. Perica
Connor P. Lemire
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
231 North Main Street, Suite 20
Edwardsville, IL 62025
Tel: (618) 307-6116
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

Dana R. Vogel
Christopher M. Sloot
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
2415 E. Camelback Rd., Ste. 850
Phoenix, AZ 85016
Tel: (909) 557-1250
drv@mccunewright.com
cms@mccunewright.com

*Attorneys for Plaintiff Robert Orendain and the Proposed Class*

*/s/ Joseph R. Saveri*
Joseph R. Saveri (State Bar No. 130064)
Steven N. Williams (State Bar No. 175489)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
Travis Manfredi (State Bar No. 281779)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com
               swilliams@saverilawfirm.com
               czirpoli@saverilawfirm.com
               cyoung@saverilawfirm.com
               eabuchanan@saverilawfirm.com
               tmanfredi@saverilawfirm.com

*Attorneys for Plaintiff Sean Bose and the Proposed Class*

*/s/ Daniel L. Warshaw*
Daniel L. Warshaw (State Bar No. 185365)
Michael H. Pearson (State Bar No. 277857)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone:     (818) 788-8300
Facsimile:     (818) 788-8104
Email:         dwarshaw@pwfirm.com
               mpearson@pwfirm.com

Jill M. Manning (State Bar No. 178849)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, California 94111
Telephone:     (415) 433-9000
Facsimile:     (415) 433-9008
Email:         jmanning@pwfirm.com

*Attorneys for Plaintiff Patrick Doyle and the Proposed Class*

**E-FILING ATTESTATION**

I, David R. Marriott, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ David R. Marriott