UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILOMENA FOCHWANG NANA-ANYANGWE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-02035-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On April 26, 2023, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Trina L. Thompson to determine whether it is related to *Lambrix v. Tesla, Inc., Inc.*, 23-cv-01145-TLT; *Doyle v. Tesla, Inc.*, 23-cv-01543-TLT; *Orendain v. Tesla, Inc.*, 23-cv-01157-TLT; and *Bose v. Tesla, Inc.*, 23-cv-01496-TLT.

**IT IS SO ORDERED.**

Dated: May 5, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge