Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL
Telephone: (224) 632-4500
mruan@fklmlaw.com

R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Matthew D. Heaphy (SBN 227224)
David Y. Hwu (SBN 281780)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
grushing@saveri.com
mheaphy@saveri.com
dhwu@saveri.com

*Counsel for Plaintiff Virginia Lambrix and the Proposed Class*

Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

*Counsel for Defendant Tesla, Inc.*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated,<br>　　　　　Plaintiff,<br>　　v.<br>TESLA, INC.,<br>　　　　　Defendant. | Case No. 3:23-cv-1145-TLT<br><br>**JOINT CASE SCHEDULE AND [PROPOSED] ORDER**<br><br>Judge:　　Honorable Trina L. Thompson |

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
1

| | |
|---|---|
| ROBERT ORENDAIN, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>TESLA, INC.,<br>        Defendant. | Case No. 3:23-cv-1157-TLT |
| SEAN BOSE, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>TESLA, INC.,<br>        Defendant. | Case No. 3:23-cv-1496-TLT |
| PATRICK DOYLE, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>TESLA, INC.,<br>        Defendant. | Case No. 3:23-cv-1543-TLT |
| PHILOMENA FOCHWANG NANA-ANYANGWE, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>TESLA, INC.,<br>        Defendant. | Case No. 3:23-cv-2035-TLT |
| ANDREW RAGONE, individually and on behalf of all others similarly situated,<br>        Plaintiff,<br>v.<br><br>TESLA, INC.,<br>        Defendant. | Case No. 5:23-cv-2352-TLT |

      Class Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with Plaintiffs, the "Parties") jointly submit this JOINT CASE SCHEDULE & PROPOSED ORDER pursuant to this Court's Order to Show Cause Regarding Consolidation of

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
2

Actions (Lambrix Dkt. 54) and this Court's instruction at the Parties' Initial Case Management Conference on June 15, 2023.

WHEREAS, the Hon. Trina L. Thompson has entered Related Case Orders directing that substantially similar Complaints filed by Plaintiffs Virginia M. Lambrix ("Lambrix") (Case No. 3:23-cv-01145-TLT); Robert Orendain ("Orendain") (Case No. 3:23-cv-01157-TLT), Sean Bose ("Bose") (Case No. 3:23-cv-01496-TLT), Patrick Doyle ("Doyle") (Case No. 4:23-cv-01543-TLT) Philomena Fochwang Nana-Anyangwe ("Nana-Anyangwe") (Case No. 3:23-cv-2035-TLT); and Andrew Ragone ("Ragone") (Case No. 3:23-cv-02352-TLT ) are related and has assigned those cases to herself (*Lambrix* Dkts. 21, 35, 41, 49);

WHEREAS, on June 9, 2023, the Hon. Trina L. Thompson entered an Order to Show Cause Regarding Consolidation of Actions (Lambrix Dkt. 54) ordering the parties to show cause why the above six actions should not be consolidated and further ordering the parties to "file either a joint stipulation regarding consolidation or response to [the] order to show cause, not to exceed five pages, by **June 23, 2023**" and that "the parties shall include a joint proposed schedule through trial";

WHEREAS, on June 15, 2023, the Hon. Trina L. Thompson directed the Parties to file a proposed schedule through trial by June 20, 2023 (Lambrix Dkt. 56);

WHEREAS, the Parties have met and conferred cooperatively and in good faith to come up with a workable and mutually acceptable schedule through trial;

WHEREAS, the Parties anticipate that fact, expert and class discovery will be extensive based on Plaintiffs' allegations if Plaintiffs' claims survive dismissal;

WHEREAS, the Parties have identified certain case events in addition to the events mentioned by the Court during the June 15, 2023, Initial Case Management Conference, including the Consolidated Amended Complaint and the Motion to Dismiss the Consolidated Amended Complaint, and expert discovery and motion practice relating to class certification, which the Parties believe would be necessary for both sides to be able to fully present their case;

NOW, THEREFORE, the Parties, by and through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
3

1. Good cause exists—subject to the resolution of the Motion to Compel Arbitration as to Plaintiff Orendain—for the above-captioned cases to be consolidated into a single action.
2. Given the complexity of this antitrust matter including, as stated above, the extensive expected scope of discovery, good cause exists for the Court to enter a Scheduling Order setting the Parties' Joint Proposed Schedule through trial, as the schedule for the consolidated action.
3. Good cause exists to modify certain page limits.
4. The Parties' Joint Proposed Schedule through trial and proposed page limits shall be as follows:

| Case Event | Date | Proposed Page Limit |
|---|---|---|
| Deadline for initial disclosures | July 10, 2023 | |
| Deadline for opposition to motion to compel arbitration (*Orendain*). | July 14, 2023 | |
| Deadline for Plaintiffs' consolidated amended complaint ("CAC") | July 17, 2023 | |
| Deadline for reply ISO motion to compel (*Orendain*). | July 31, 2023 | |
| Deadline for motion to dismiss CAC ("MTD") | August 21, 2023 | 35 |
| Deadline for opposition to MTD | September 25, 2023 | 35 |
| Deadline for reply ISO MTD | October 16, 2023 | 20 |
| Hearing on motion to compel (*Orendain*) and MTD | November 7, 2023 | |
| Deadline to complete ADR | February 12, 2024 | |
| Deadline for substantial completion of document productions. | March 15, 2024 | |
| Deadline for class certification opening expert reports | May 10, 2024 | |

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
4

| Case Event | Date | Proposed Page Limit |
|---|---|---|
| Deadline for class certification rebuttal expert reports | June 21, 2024 | |
| Deadline for motion for class certification and class expert *Daubert* motions | August 2, 2024 | Class Cert: 40 |
| Deadline for oppositions to class certification motion and to class expert *Daubert* motions | September 13, 2024 | Class Cert: 40 |
| Deadline for reply ISO class certification | October 25, 2024 | Class Cert: 25 |
| Close of fact discovery (including third-party discovery) | November 8, 2024 | |
| Class certification hearing | November 12, 2024 | |
| Deadline for merits expert reports | December 13, 2024 | |
| Deadline for rebuttal merits expert reports | January 31, 2025 | |
| Close of expert discovery | March 21, 2025 | |
| Deadline for dispositive and *Daubert* motions | April 11, 2025 | |
| Deadline for oppositions re: dispositive and *Daubert* motions | May 23, 2025 | |
| Deadline for replies ISO dispositive and *Daubert* Motions | July 3, 2025 | |
| Hearing on dispositive and *Daubert* motions | July 22, 2025 | |
| Deadline for joint pre-trial statement | October 9, 2025 | |
| Final pre-trial conference | October 13, 2025 | |
| Trial date (estimated 15 days) | November 3, 2025 | |

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
5

Dated: June 20, 2023          */s/ Matthew W. Ruan*
                                              Matthew W. Ruan
                                              *Counsel for Plaintiff Virginia M. Lambrix*

Dated: June 20, 2023          */s/ Derek Y. Brandt*
                                              Derek Y. Brandt
                                              *Counsel for Plaintiff Robert Orendain*

Dated: June 20, 2023          */s/ Cadio Zirpoli*
                                              Cadio Zirpoli
                                              *Counsel for Plaintiff Sean Bose*

Dated: June 20, 2023          */s/ Daniel L. Warshaw*
                                              Daniel L. Warshaw
                                              *Counsel for Plaintiff Patrick Doyle*

Dated: June 20, 2023          */s/ Lee Albert*
                                              Lee Albert
                                              *Counsel for Plaintiff Philomena Fochwang*
                                              *Nana-Anyangwe*

Dated: June 20, 2023          */s/ Matthew S. Weiler*
                                              Matthew S. Weiler
                                              *Counsel for Plaintiff Andrew Ragone*

Dated: June 20, 2023          */s/ Vanessa A. Lavely*
                                              David R. Marriott (SBN 2682565)
                                              Noah Joshua Phillips (*pro hac vice*)
                                              Vanessa A. Lavely (*pro hac vice*)
                                              **CRAVATH, SWAINE & MOORE LLP**

                                              *Counsel for Defendant Tesla, Inc.*

                                              Christopher C. Wheeler (SBN 224872)
                                              **FARELLA BRAUN + MARTEL LLP**
                                              One Bush Street, Suite 900
                                              San Francisco, California 94104
                                              Telephone:  (415) 954-4979
                                              Facsimile:  (415) 954 4480

                                              *Counsel for Defendant Tesla, Inc.*

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
6

**CASE MANAGEMENT ORDER**

The above JOINT CASE SCHEDULE & PROPOSED ORDER is approved as the Scheduling Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

**IT IS SO ORDERED**.

Dated: _____, 2023

_____
Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
7

**E-FILING ATTESTATION**

I, Vanessa A. Lavely, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/ Vanessa A. Lavely

JOINT CASE SCHEDULE AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.
8