David R. Marriott (SBN 2682565)
Noah Joshua Phillips (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Defendant Tesla, Inc.*

**FREED KANNER LONDON & MILLEN LLC**
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing *pro hac vice*)
Michael E. Moskovitz (appearing *pro hac vice*)
Nia-Imara Atu Barberousse Binns (appearing *pro hac vice*)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>TESLA, INC.,<br><br>                    Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: STAYING DISCOVERY**<br><br>Judge:     Honorable Trina L. Thompson |

Class Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with Plaintiffs, the "Parties"), by and through their undersigned counsel and pursuant to Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on November 17, 2023, the Hon. Trina L. Thompson issued an order granting Defendant's motion to dismiss Plaintiffs' antitrust claims, and granted Plaintiffs leave to amend their consolidated class action complaint within 21 days of the order (ECF No. 122);

WHEREAS, Plaintiffs have confirmed that they intend to file a Consolidated Second Amended Class Action Complaint ("SCAC") today, December 8, 2023;

WHEREAS, Tesla intends to file a motion to dismiss the forthcoming SCAC ("Motion to Dismiss");

WHEREAS, pursuant to the Parties' Stipulation and Order Re: Briefing on the Motion to Dismiss, which the Court granted (ECF No. 129), the briefing schedule for the Motion to Dismiss will be as follows:

- MTD:  due by December 22, 2023
- MTD Opposition:  due by January 12, 2024
- MTD Reply:  due by January 23, 2024

WHEREAS, since the Court's ruling on Tesla's prior motion to dismiss, Plaintiffs have petitioned the Ninth Circuit to appeal certain interlocutory issues regarding the Court's order granting Tesla's motion to compel arbitration (ECF No. 125);

WHEREAS, if the Court dismisses Plaintiffs' forthcoming SCAC in its entirety, the need for discovery will be obviated and if the Court dismisses some but not all of the claims in Plaintiffs' forthcoming SCAC, it is probable that the scope of discovery, particularly document discovery, will be materially impacted;

WHEREAS, Tesla's Motion to Dismiss will potentially dispose of Plaintiffs' entire complaint;

WHEREAS, absent a stay, under the current schedule (ECF No. 59), the Parties—and third parties—would be required to complete a significant amount (if not all) of document discovery before the Court rules on the forthcoming Motion to Dismiss the SCAC (with the current deadline for substantial completion of document production on March 15, 2024);

WHEREAS, given that the document discovery period under the current case schedule is relatively short, it would be inefficient and needlessly expensive for the Parties (as well as third parties) to proceed with discovery before the Court rules on the forthcoming motion to dismiss;

WHEREAS, Plaintiffs served 60 document requests on Tesla before the Court granted Tesla's Motion to Dismiss and the Parties therefore would benefit from the Court's ruling on the stay request as soon as possible;

WHEREAS, for an antitrust case in particular, with discovery of the magnitude contemplated by Plaintiffs' initial consolidated complaint, it would be inefficient to proceed with discovery until the Parties have guidance on whether the claims will survive and, if so, what the scope of the remaining claims will be;

WHEREAS, discovery is unnecessary to resolve Tesla's Motion to Dismiss;

WHEREAS, this Court recently granted a motion to stay discovery in an antitrust class action case after granting a motion to dismiss in its entirety and prior to the Plaintiffs' filing their amended complaint.  *Crowder v. LinkedIn Corp.*, No. 22-cv-00237-HSG, 2023 WL 2405335, at *8 (N.D. Cal. Mar. 8, 2023);

WHEREAS, on December 6, 2023, Tesla filed an Unopposed Motion to Stay Discovery detailing its legal and other arguments in support of a stay (ECF No. 127);

WHEREAS, on December 8, 2023, the Courtroom Deputy to the Hon. Trina L. Thompson asked whether it would be possible for the Parties to file a Stipulation and Order staying discovery that the Court could rule on more quickly;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Good cause exists for staying discovery pending the Court's resolution of Tesla's forthcoming Motion to Dismiss.
2. Good cause exists to vacate all discovery-related deadlines in the current case schedule.
3. Discovery in this matter shall be stayed pending the Court's resolution of Tesla's forthcoming Motion to Dismiss.
4. All discovery-related deadlines in the current case schedule shall be vacated.

5.  If the forthcoming Motion to Dismiss is denied in whole or part, then discovery shall commence on the date the ruling on the forthcoming motion is issued and a case status conference be held as soon as practicable thereafter to determine a revised case schedule.

**PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: December 8, 2023

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2023     By:  /s/ Vanessa A. Lavely
David R. Marriott
Noah Joshua Phillips (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**

*Counsel for Defendant Tesla, Inc.*

Dated: December 8, 2023     By:  /s/ Matthew W. Ruan
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing *pro hac vice*)
Michael E. Moskovitz (appearing *pro hac vice*)
Nia-Imara Atu Barberousse Binns (appearing *pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069

*Interim Lead Counsel for the Proposed Class*