| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 18 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

VIRGINIA M. LAMBRIX, et al.;

        Plaintiffs - Petitioners,

 v.

TESLA INC.,

        Defendant - Respondent.

No. 23-3780

D.C. No. 3:23-cv-01145-TLT
Northern District of California, San Francisco

ORDER

Before: WARDLAW AND NGUYEN, Circuit Judges.

The motion for leave to file a reply (Docket Entry No. 14) is granted. The reply has been filed.

The petition for permission to appeal is denied. *See* 28 U.S.C. § 1292(b).