David R. Marriott (SBN 2682565)
Noah Joshua Phillips (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Counsel for Defendant Tesla, Inc.*

**FREED KANNER LONDON & MILLEN LLC**
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing *pro hac vice*)
Michael E. Moskovitz (appearing *pro hac vice*)
Nia-Imara Atu Barberousse Binns (appearing *pro hac vice*)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ARBITRATION OF PLAINTIFFS FERREIRA AND SHORE'S CLAIMS**<br><br>Judge:   Honorable Trina L. Thompson |

Class Plaintiffs in the above-captioned cases (collectively, "Plaintiffs") and Defendant Tesla, Inc. ("Tesla", together with Plaintiffs, the "Parties"), by and through their undersigned counsel and pursuant to Civil Local Rule 7-12, hereby stipulate as follows:

WHEREAS, on June 21, 2018, Plaintiff Adriana Ferreira ("Plaintiff Ferreira") signed a Retail Installment Sale Contract containing an arbitration provision ("Ferreira Agreement");

WHEREAS, on May 22, 2023, Plaintiff Connor Shore ("Plaintiff Shore") signed a Retail Installment Sale Contract containing an arbitration provision ("Shore Agreement");

WHEREAS, on July 17, 2023, the Plaintiffs filed a Consolidated Amended Class Action Complaint (ECF No. 63);

WHEREAS, on July 31, 2023, Tesla moved to stay the proceedings and compel arbitration with respect to the claims of Plaintiffs Danielle Thys, Cary Phillips, and Levi Stoffal ("Motion to Compel") (ECF No. 75);

WHEREAS, on September 26, 2023, the Court granted the Motion to Compel and stayed the proceedings as to the claims of Plaintiffs Thys, Phillips, and Stoffal ("Arbitration Order") (ECF No. 112);

WHEREAS, on July 13, 2022, an appeal was docketed in the United States Court of Appeals for the Ninth Circuit, *MacClelland v. Cellco Partnership*, 609 F. Supp. 3d 1024 (N.D. Cal. 2022), *appeal docketed*, No. 22-16020 (9th Cir. July 13, 2022), which raises issues potentially relevant to this Court's decision in the Arbitration Order;

WHEREAS, on October 18, 2023, Plaintiffs moved to certify the Arbitration Order for interlocutory appeal (ECF No. 114);

WHEREAS, on November 17, 2023, the Court certified the Arbitration Order for interlocutory appeal (ECF. No. 123);

WHEREAS, on November 27, 2023, Plaintiffs filed a petition for permission to appeal the Arbitration Order in the Ninth Circuit ("Petition") (ECF No. 125);

WHEREAS, on December 8, 2023, the Plaintiffs filed a Second Consolidated Amended Class Action Complaint ("SCAC") (ECF No. 131);

1

STIPULATION AND [PROPOSED] ORDER RE: ARBITRATION OF PLAINTIFFS FERREIRA AND SHORE'S CLAIMS; Case No. 3:23-cv-1145-TLT (Lead Case)

WHEREAS, the SCAC was filed on behalf of (among others) Plaintiffs Ferreira and Shore, who were not included as Class Plaintiffs in the Consolidated Amended Class Action Complaint (ECF No. 63);

WHEREAS, the arbitration provisions contained in the Ferreira and Shore Agreements are substantially similar to the arbitration provision contained in Plaintiff Thys' Retail Installment Sale Contract ("Thys Agreement");

WHEREAS, the Court found in the Arbitration Order that (1) Plaintiff Thys agreed to arbitrate her disputes; (2) Plaintiff Thys agreed to delegate her dispute to an arbitrator, including threshold issues of arbitrability; and (3) Plaintiff Thys' arbitration agreement encompassed her antitrust claims;

WHEREAS, on December 20, 2023, the Parties jointly filed a Stipulation and Proposed Order agreeing that: "If the Ninth Circuit denies Plaintiffs' Petition, the Arbitration Order shall be deemed to apply to Plaintiffs Ferreira and Shore, and Plaintiffs Ferreira and Shore's claims will be stayed pending their arbitration proceedings" (ECF No. 133 at 2);

WHEREAS, also on December 20, 2023, the Court denied the Stipulation and Order without prejudice as premature and not ripe, and further stated: "The parties may refile once the Ninth Circuit acts on Plaintiffs' petition" (ECF No. 134);

WHEREAS, on January 18, 2024, the Ninth Circuit denied the Petition (ECF No. 138);

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. The Arbitration Order shall be deemed to apply to Plaintiffs Ferreira and Shore, and Plaintiffs Ferreira and Shore's claims will be stayed pending their arbitration proceedings.

2. The Parties will include the status of Plaintiffs Ferreira and Shore in the joint status statement that they must file pursuant to the Arbitration Order within seven (7) days of the conclusion of the arbitration proceedings.

3. Nothing in this Stipulation shall constitute a waiver of any other rights that any Party has in this Action, including the right to move for reconsideration of the Arbitration Order or any ultimate appeal of the Arbitration Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 2, 2024

_____
HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

Dated: February 1, 2024     By:   */s/ Vanessa A. Lavely*
David R. Marriott
Noah Joshua Phillips (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**

*Counsel for Defendant Tesla, Inc.*

Dated: February 1, 2024     By:   */s/ Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing *pro hac vice*)
Michael E. Moskovitz (appearing *pro hac vice*)
Nia-Imara Atu Barberousse Binns (appearing *pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069

*Interim Lead Counsel for the Proposed Class*