| | |
|---|---|
| Stephen J. Teti (pro hac vice)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>265 Franklin Street, Suite 1702<br>Boston, MA 02110<br>Telephone: (617) 456-7701<br>Facsimile: (612) 339-0981<br>sjteti@locklaw.com | |
| *Attorney for Plaintiffs* | |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.,* on behalf of themselves and all others similarly situated,<br><br>                                         Plaintiffs,<br><br>       v.<br><br>TESLA, INC.,<br><br>                                         Defendants. | Case No. 3:23-cv-1145-TLT<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS
Case No.: 3:23-cv-1145-TLT

1  PLEASE TAKE NOTICE that, pursuant to Civil L. R. 3-11 of the Civil Local Rules, Stephen J. Teti, Counsel for Plaintiffs, hereby provides notice of change of his contact information as counsel of record. All future pleadings, papers, correspondence, and electronic filings in this action should be sent to the following address:

Lockridge Grindal Nauen PLLP

265 Franklin Street

Suite 1702

Boston, MA 02110

sjteti@locklaw.com

DATED: May 16, 2024.                    Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

By */s/ Stephen J. Teti*

Stephen J. Teti (*pro hac vice*)
265 Franklin Street, Suite 1702
Boston, MA 02110
Telephone: (617) 456-7701
Facsimile: (612) 339-0981
sjteti@locklaw.com

*Attorney for Plaintiffs*