SAVERI & SAVERI, INC.
R. Alexander Saveri (SBN 173102)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com

FREED KANNER LONDON & MILLEN LLC
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (*pro hac vice*)
Michael E. Moskovitz (*pro hac vice*)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
nbinns@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

WILMER CUTLER PICKERING HALE AND DORR LLP
Ari Holtzblatt (SBN 354631)
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

David Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com

Allison Bingxue Que (SBN 324044)
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
allison.que@wilmerhale.com

*Attorneys for Defendant Tesla, Inc.*

[Additional counsel listed on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Judge:   Honorable Trina L. Thompson |

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

1  Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Philomena Nana-
2  Anyangwe, and Jason Pratti (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with
3  Plaintiffs, the "Parties") jointly submit this JOINT CASE MANAGEMENT STATEMENT in advance
4  of the Further Case Management Conference scheduled for June 27, 2024.  *See* Dkt. 145.

Following the Court's June 17 order granting in part and denying in part Tesla's motion to dismiss, there are currently no pending motions.

The Parties agree that the primary issue to address at the June 27 conference is a revised schedule for further proceedings to account for the stay of discovery that was in place while Tesla's motions to dismiss were pending.  *See* Dkt. 132.  On June 19 and 20, the Parties conferred to discuss a proposed schedule for further proceedings.  During those discussion, the Parties agreed to use the Court's prior Scheduling Order (Dkt. 26) as a starting point for proposing a revised schedule.  But all Parties also agreed that, given the complex nature of these consolidated antitrust class actions, it was necessary and appropriate to lengthen certain of the deadlines, especially those relating to the timing of opposition briefs and rebuttal expert reports.  As a result of the Parties' discussions, they were able to agree on a proposed schedule and on setting a trial date of December 7, 2026.  This proposed overall timeline is in line with similarly complex antitrust cases recently litigated in this district.  *See, e.g.*, *Klein, et al. v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.) (action filed December 3, 2020; trial scheduled for October 6, 2025); *Epic Games, Inc. v. Google LLC*, No. 3-20-cv-05671 (N.D. Cal.) (action filed August 13, 2020; trial commenced November 6, 2023); *Sidibe v. Sutter Health*, No. 3:12-cv-04854 (N.D. Cal.) (dismissal reversed by Ninth Circuit in September 22, 2016; trial subsequently scheduled for November 2, 2020; trial ultimately commenced February 10, 2022).  All Parties agree that a comparable timeline is necessary and appropriate in these cases.

The Parties' scheduling proposal is provided below.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

| Event/Deadline | Parties' Proposal |
|---|---|
| Tesla's Answer to Complaint | 7/15/24 |
| Submit jointly proposed discovery plan, protective order, and ESI protocol | 7/15/24 |
| Substantial Completion of Documents Responsive to Each Side's First Set of Requests for Production | 11/22/24 |
| Class Certification Expert Opening Report (Plaintiffs) | 2/14/25 |
| Class Certification Expert Opposing Report (Tesla) | 4/4/25 |
| Class Certification Expert Rebuttal Reports | 5/9/25 |
| Motion for Class Certification (35 pages) | 5/23/25 |
| Opposition to Motion for Class Certification (35 pages) | 6/23/25 |
| Reply in Support of Class Certification (25 pages) | 7/14/25 |
| Hearing on Class Certification | 8/12/25 |
| Fact Discovery Cut-Off | 10/24/25 |
| Complete ADR | 1/30/26 |
| Opening Merits Expert Report (Bilateral) | 1/16/26 |
| Rebuttal Merits Expert Reports | 3/6/26 |
| Expert Discovery Cut-Off | 4/17/26 |
| Dispositive & *Daubert* Motions | 5/15/26 |
| Oppositions to Dispositive and *Daubert* Motions | 6/19/26 |
| Replies in Support of Dispositive and *Daubert* Motions | 7/10/26 |
| Hearing on Dispositive and *Daubert* Motions | 8/11/26 |
| Joint Pretrial Statement w/ Objections | 10/16/26 |
| Final Pre-Trial Conference | 11/12/26 |
| Trial Date | 12/7/26 |
| Regular case-management conferences | Every 90 days |

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

The parties will be prepared to discuss these and any other issues the Court wishes to discuss at the June 27 case management conference.

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

Dated: June 20, 2024 /s/ Matthew W. Ruan
Matthew W. Ruan (SBN 264409)
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

*Interim Lead Counsel for the Proposed Class*

R. Alexander Saveri (SBN 173102)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com

*Interim Liaison Counsel for the Proposed Class*

*Counsel for Plaintiffs and Interim Lead Class Counsel for the Proposed Class*

1

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

Dated: June 20, 2024

*/s/ David Gringer*
David Gringer (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com

Ari Holtzblatt (SBN 354631)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

Allison Bingxue Que (SBN 324044)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
allison.que@wilmerhale.com

David R. Marriott (SBN 2682565)
Noah Joshua Phillips (*pro hac vice*)
Vanessa A. Lavely (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**

Christopher C. Wheeler (SBN 224872)
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, California 94104
Telephone:  (415) 954-4979
Facsimile:  (415) 954 4480

*Attorneys for Defendant Tesla, Inc.*

2
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

## CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

**IT IS SO ORDERED**.

Dated: _____, 2024

Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE

3
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT

**E-FILING ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                        */s/ Christopher C. Wheeler*

4
JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
Case Nos. 3:23-CV-1145-TLT; 3:23-cv-1157-TLT; 3:23-cv-1496-TLT;
3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT