| | |
|---|---|
| SAVERI & SAVERI, INC.<br>R. Alexander Saveri (SBN 173102)<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>rick@saveri.com<br><br>FREED KANNER LONDON & MILLEN LLC<br>Matthew W. Ruan (SBN 264409)<br>Douglas A. Millen (appearing pro hac vice)<br>Michael E. Moskovitz (appearing pro hac vice)<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br>nbinns@fklmlaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>Ari Holtzblatt (SBN 354631)<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>Tel: (202) 663-6964<br>ari.holtzblatt@wilmerhale.com<br><br>David Gringer (*pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8864<br>david.gringer@wilmerhale.com<br><br>Allison Bingxue Que (SBN 324044)<br>2600 El Camino Real, Suite 400<br>Palo Alto, California 94306<br>Tel: (650) 858-6000<br>allison.que@wilmerhale.com<br><br>*Attorneys for Defendant Tesla, Inc.*<br><br>[Additional counsel listed on signature page] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**CLASS ACTION**<br><br>**JOINT L.R. 6-2(a) STIPULATION TO EXTEND DEADLINE FOR TESLA TO RESPOND TO THE SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge:       Hon. Trina L. Thompson<br>Courtroom:  9 – 19th Floor |

Joint Stipulation to Extend Deadline
Case No. 3:22-cv-1145-TLT (Lead Case)

**STIPULATION**

Pursuant to Civil Local Rule 6-2, Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Adriana Ferreira, Philomena Nana-Anyangwe, Jason Pratti, and Connor Shore ("Plaintiffs") and Defendant Tesla, Inc. (collectively, "Defendant"), by and through their attorneys of record, stipulate as follows:

WHEREAS, Plaintiffs filed their Second Consolidated Amended Class Action Complaint ("SAC") on December 8, 2023 (ECF No. 131);

WHEREAS, the parties' briefing on Tesla's motion to dismiss the SAC ("Motion to Dismiss") was completed on January 23, 2024 (ECF Nos. 135, 137, 140);

WHEREAS, the Court held a hearing on the Motion to Dismiss on April 2, 2024 (ECF No. 151);

WHEREAS, the Court issued an order granting in part and denying in part the Motion to Dismiss (ECF No. 156);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Tesla to respond to the SAC is July 1, 2024;

WHEREAS, Tesla anticipates filing an answer to the SAC;

WHEREAS, the SAC contains more than three hundreds of paragraphs of allegations spanning over multiple years, and to allow Tesla sufficient time to prepare the answer to the TAC, the parties have agreed to a two-week extension for Tesla to file its answer to the TAC;

WHEREAS, the requested extension agreed upon by the parties will not otherwise affect the schedule of this case;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, pursuant to Civil Local Rule 6-2 that the Court enter an order extending the deadline for Tesla to respond to the SAC to July 15, 2024.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | Dated:  June 21, 2024 | By: | /s/ *Ari Holtzblatt* |
| 3 | | | Ari Holtzblatt (SBN 354631) |
| | | | **WILMER CUTLER PICKERING** |
| 4 | | | **HALE AND DORR LLP** |
| | | | 2100 Pennsylvania Ave. NW |
| 5 | | | Washington, DC 20037 |
| | | | Tel: (202) 663-6964 |
| 6 | | | ari.holtzblatt@wilmerhale.com |
| 7 | | | |
| | | | David Gringer (*pro hac vice*) |
| 8 | | | **WILMER CUTLER PICKERING** |
| | | | **HALE AND DORR LLP** |
| 9 | | | 7 World Trade Center |
| | | | 250 Greenwich Street |
| 10 | | | New York, New York 10007 |
| | | | Tel: (212) 230-8864 |
| 11 | | | david.gringer@wilmerhale.com |
| 12 | | | |
| | | | Allison Bingxue Que (SBN 324044) |
| 13 | | | **WILMER CUTLER PICKERING** |
| | | | **HALE AND DORR LLP** |
| 14 | | | 2600 El Camino Real, Suite 400 |
| | | | Palo Alto, California 94306 |
| 15 | | | Tel: (650) 858-6000 |
| | | | allison.que@wilmerhale.com |
| 16 | | | |
| 17 | | | David R. Marriott (SBN 2682565) |
| | | | dmarriott@cravath.com |
| 18 | | | Noah Joshua Phillips (*pro hac vice*) |
| | | | nphillips@cravath.com |
| 19 | | | Vanessa A. Lavely (*pro hac vice*) |
| | | | vlavely@cravath.com |
| 20 | | | **CRAVATH, SWAINE & MOORE LLP** |
| | | | Worldwide Plaza |
| 21 | | | 825 Eighth Avenue |
| | | | New York, New York 10019 |
| 22 | | | Telephone: (212) 474-1000 |
| 23 | | | |
| | | | Christopher C. Wheeler (SBN 224872) |
| 24 | | | **FARELLA BRAUN + MARTEL LLP** |
| | | | One Bush Street, Suite 900 |
| 25 | | | San Francisco, California 94104 |
| | | | Telephone:  (415) 954-4979 |
| 26 | | | cwheeler@fbm.com |
| 27 | | | |
| | | | *Attorneys for Defendant Tesla, Inc.* |
| 28 | | | |

Joint Stipulation to Extend Deadline                                                                                    2
Case No. 3:22-cv-1145-TLT (Lead Case)

Dated: June 21, 2024          By:     /s/ Matthew W. Ruan
                                      Matthew W. Ruan (SBN 264409)
                                      **FREED KANNER LONDON**
                                      **& MILLEN LLC**
                                      100 Tri-State International, Suite 128
                                      Lincolnshire, IL 60069
                                      Telephone: (224) 632-4500
                                      mruan@fklmlaw.com

                                      *Interim Lead Counsel for the Proposed Class*

                                      R. Alexander Saveri (SBN 173102)
                                      **SAVERI & SAVERI, INC.**
                                      706 Sansome Street
                                      San Francisco, CA 94111
                                      Telephone: (415) 217-6810
                                      rick@saveri.com

                                      *Interim Liaison Counsel for the Proposed Class*

                                      Douglas A. Millen
                                      Michael E. Moskovitz
                                      **FREED KANNER LONDON**
                                      **& MILLEN LLC**
                                      100 Tri-State International, Suite 128
                                      Lincolnshire, IL 60069
                                      Telephone: (224) 632-4500
                                      mruan@fklmlaw.com
                                      dmillen@fklmlaw.com
                                      mmoskovitz@fklmlaw.com
                                      nbinns@fklmlaw.com
                                      Kimberly A. Justice
                                      **FREED KANNER LONDON**
                                      **& MILLEN LLC**
                                      923 Fayette Street
                                      Conshohocken, Pennsylvania 19428
                                      Telephone: (610) 234-6486
                                      kjustice@fklmlaw.com

|   |   |
|---|---|
| 1 | Geoffrey C. Rushing (SBN 126910) |
| 2 | Matthew D. Heaphy (SBN 227224) |
|   | David Y. Hwu (SBN 281780) |
| 3 | **SAVERI & SAVERI, INC.** |
|   | 706 Sansome Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 217-6810 |
| 5 | rick@saveri.com |
|   | grushing@saveri.com |
| 6 | mheaphy@saveri.com |
| 7 | dhwu@saveri.com |
| 8 | Stuart G. Gross (SBN 251019) |
|   | **GROSS KLEIN PC** |
| 9 | The Embarcadero |
|   | Pier 9, Suite 100 |
| 10 | San Francisco, CA 94111 |
|   | Telephone: (415) 671-4628, ext.10 |
| 11 | sgross@grosskleinlaw.com |
| 12 |   |
|   | Richard D. McCune |
| 13 | David C. Wright |
|   | **McCUNE LAW GROUP, McCUNE** |
| 14 | **WRIGHT AREVALO VERCOSKI** |
|   | **KUSEL WECK BRANDT, APC** |
| 15 | 3281 East Guasti Road, Suite 100 |
|   | Ontario, California 91761 |
| 16 | Tel: (909) 557-1250 |
| 17 | rdm@mccunewright.com |
|   | dcw@mccunewright.com |
| 18 |   |
|   | Derek Y. Brandt |
| 19 | Leigh M. Perica |
|   | Connor P. Lemire |
| 20 | **McCUNE LAW GROUP, McCUNE** |
|   | **WRIGHT AREVALO VERCOSKI** |
| 21 | **KUSEL WECK BRANDT, APC** |
| 22 | 231 North Main Street, Suite 20 |
|   | Edwardsville, IL 62025 |
| 23 | Tel: (618) 307-6116 |
|   | dyb@mccunewright.com |
| 24 | lmp@mccunewright.com |
|   | cpl@mccunewright.com |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

Joint Stipulation to Extend Deadline                                                                 4
Case No. 3:22-cv-1145-TLT (Lead Case)

Jill M. Manning (State Bar No. 178849)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com

Daniel L. Warshaw (State Bar No. 185365)
Michael H. Pearson (State Bar No. 277857)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
mpearson@pwfirm.com

Jon A. Tostrud (State Bar No. 199502)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 278-2640
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com

Brian P. Murray
Lee Albert
**GLANCY PRONGAY & MURRAY, LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., N.W., Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
bfinley@cuneolaw.com

1  Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL**
2  **KONECKY, LLP**
2000 Powell Street, Suite 1400
3  Emeryville, CA 94608
Telephone: (415) 421-7100
4  MWeiler@schneiderwallace.com

5

6  Michelle C. Clerkin
**SPIRO HARRISON & NELSON**
7  228 Park Avenue South
New York, NY 10003
8  Telephone: (917) 634-2244
mclerkin@shnlegal.com

9

10  Peggy Wedgeworth
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN**
11  100 Garden City Plaza
Garden City, NY 11530
12  Telephone: (646) 515-1269
pwedgeworth@milberg.com

13

14  Arthur Stock
**MILBERG COLEMAN BRYSON**
15  **PHILLIPS GROSSMAN**
800 S. Gay Street, Suite 1100
16  Knoxville, TN 37929
Telephone: (865) 247-0080
17  astock@milberg.com

18

19  Brian D. Clark
Kyle Pozan
Eura Chang
20  **LOCKRIDGE GRINDAL NAUEN**
**P.L.L.P.**
21  100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
22  Telephone: (612) 339-6900
Fax: (612) 339-0981
23  bdclark@locklaw.com
kjpozan@locklaw.com
24  echang@locklaw.com

25

26

27

28

Joint Stipulation to Extend Deadline                                      6
Case No. 3:22-cv-1145-TLT (Lead Case)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

William G. Caldes
Jeffrey J. Corrigan
Icee N. Etheridge
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JCorrigan@srkattorneys.com
IEtheridge@srkattorneys.com

Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENDORF & BLANCHFIELD**
First National Bank Building, Suite W1050
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
g.blanchfield@rwblawfirms.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

**ATTORNEY ATTESTATION**

I, Christopher C. Wheeler, am the ECF User whose ID and password are being used to file this joint stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:   June 21, 2024                              By:   */s/ Christopher C. Wheeler*
                                                                       Christopher C. Wheeler

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The July 1, 2024 deadline for Tesla to respond to Plaintiffs' Second Consolidated Amended Class Action Complaint (ECF No. 131) is extended to July 15, 2024.

Dated: June 27, 2024

By: Hon. Trina L. Thompson
United States District Court Judge