UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA M LAMBRIX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TESLA, INC.,<br><br>　　　　　Defendant. | Case No. 23-cv-01145-TLT<br><br>**MODIFICATION OF ECF 56, 59: REVISED CASE MANAGEMENT AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE</u>:　　　　　　　　　　June 15, 2026
　　　　　　　　　　　　　　　　　　　　No. of Days: 15
　　　　　　　　　　　　　　　　　　　　Courtroom 9, 19th Floor
　　　　　　　　　　　　　　　　　　　　Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>:　May 21, 2026
　　　　　　　　　　　　　　　　　　　　**LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
　　　　　　　　　　　　　　　　　　　　Last day to *file* joint pretrial statement, including objections: April 27, 2026

3. <u>DISPOSITIVE MOTIONS</u>:　　　　Last day to *file* dispositive and *Daubert* motions: November 24, 2025
　　　　　　　　　　　　　　　　　　　　Last day to *file* oppositions to dispositive and *Daubert* motions: December 19, 2025
　　　　　　　　　　　　　　　　　　　　Last day to *file* replies in support of dispositive and *Daubert* motions: January 16, 2025

　　　　　　　　　　　　　　　　　　　　Dispositive and *Daubert* motion hearing:

|   |   |
|---|---|
|   | February 17, 2026, 2:00 p.m.<br>**See Civil Local Rules for notice and filing requirements**. |
| 4. <u>FACT DISCOVERY CUT-OFF</u>: | July 25, 2025 |
| 5. <u>MERITS EXPERT REPORTS</u>: | Opening reports by September 2, 2025<br>Rebuttal reports by October 20, 2025 |
| 6. <u>EXPERT DISCOVERY CUT-OFF</u>: | November 10, 2025 |
| 7. <u>ADR</u>: | November 24, 2025 |
| 8. <u>CLASS CERTIFICATION MOTION</u> | Last day to *file* Motion for Class Certification: March 10, 2025<br>Last day to *file* opposition to Motion for Class Certification: April 10, 2025<br>Last day to *file* reply in support of Motion for Class Certification: May 1, 2025<br><br>Motion for Class Certification Hearing: June 10, 2025 |
| 9. <u>CLASS CERTIFICATION EXPERT REPORTS</u> | Class Certification Expert Opening Report (Plaintiffs) by December 20, 2024<br>Class Certification Expert Opposing Reports (Tesla) by January 27, 2024<br>Class Certification Expert Rebuttal Reports by February 24, 2024 |
| 10. <u>SUBSTANTIAL COMPLETION OF PRODUCTION OF DOCUMENTS RESPONSIVE TO FIRST SET OF REQUESTS FOR PRODUCTION</u> | October 1, 2024<br>October 29, 2024 (if needed) |
| 11. <u>FURTHER STATUS CONFERENCE AND REVIEW OF DOCUMENT PRODUCTION</u>: | September 26, 2024, and every 90 days thereafter |
| 12. <u>DEFENDANT'S ANSWER TO COMPLAINT</u>: | July 15, 2024 |
| 13. <u>DISCOVERY PLAN, PROTECTIVE ORDER, AND ESI PROTOCOL</u> | July 15, 2024 |

2

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

## JURY TRIAL

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

## SCHEDULING ORDER MODIFICATIONS

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the

3

1  discovery schedule, they do so at their own risk. The only discovery schedule that the Court will
2  enforce is the one set in this order.
3  **IT IS SO ORDERED.**
4  Dated: June 27, 2024

TRINA L. THOMPSON
United States District Judge

3/14/26