SAVERI & SAVERI, INC.
R. Alexander Saveri (SBN 173102)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com

FREED KANNER LONDON & MILLEN LLC
Matthew W. Ruan (SBN 264409)
Douglas A. Millen (appearing pro hac vice)
Michael E. Moskovitz (appearing pro hac vice)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

WILMER CUTLER PICKERING HALE AND DORR LLP
Ari Holtzblatt (SBN 354631)
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

David Gringer (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com

David Marcus (SBN 158704)
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312
david.marcus@wilmerhale.com

*Attorneys for Defendant Tesla, Inc.*

[Additional counsel listed on signature page]

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

VIRGINIA M. LAMBRIX, *et al.*,

Plaintiff,

v.

TESLA, INC.,

Defendant.

Case No. 3:23-cv-1145-TLT

**JOINT STIPULATION TO AMEND TYPOGRAPHICAL ERRORS IN REVISED CASE MANAGEMENT AND SCHEDULING ORDER (ECF 167)**

Judge: Hon. Trina L. Thompson

Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Philomena Nana-Anyangwe, and Jason Pratti (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with Plaintiffs, the "Parties") respectfully submit this JOINT STIPULATION TO AMEND TYPOGRAPHICAL ERRORS IN REVISED CASE MANAGEMENT AND SCHEDULING ORDER (ECF 167), and state the following in support:

1. The Court entered the operative Revised Case Management and Scheduling Order (ECF No. 167) on June 28, 2024.

2. The Parties since noticed typographical errors regarding certain dates in the Revised Case Management and Scheduling Order, in which three dates include the incorrect year, and the Parties thus file this stipulation to ask the Court to modify those deadlines.

3. First, the Parties jointly request that the Court change the current deadline for the last day to file replies in support of dispositive and *Daubert* motions from January 16, 2025 to January 16, **2026,** to align with the accompanying deadlines. The Court set the deadline for the last day to file dispositive and *Daubert* motions as November 24, 2025 and the deadline for the last day to file oppositions to dispositive and *Daubert* motions as December 19, 2025. *See* ECF 167 at 1. Thus, the Parties believe that the Court intended to set the deadline for the last day to file replies in support of dispositive and *Daubert* motions as January 16, **2026,** rather than January 16, 2025.

4. Next, the Parties jointly request that the Court modify the current deadlines for Tesla's Class Certification Expert Opposing Reports from January 27, 2024 to January 27, **2025**, and the deadline for Class Certification Expert Rebuttal Reports from February 24, 2024 to February 24, **2025,** to align with accompanying deadlines. The Court set the deadline for the Plaintiffs' Class Certification Expert Opening Report as December 20, 2024. *See* ECF 167 at 2. Thus, the Parties believe the deadline for Tesla's Class Certification Expert

Opposing Reports should be January 27, 2025 and the deadline for Class Certification Expert Rebuttal Reports by February 24, 2025.

5. The Parties have conferred and agree that these modified deadlines are consistent with the Parties' understanding of the Court's Revised Case Management and Scheduling Order.

WHEREFORE, for the reasons stated above, the Parties respectfully request that the Court enter an Order reflecting the Parties' joint stipulation to amend the following deadlines:

a. The deadline for the last day to file replies in support of dispositive and *Daubert* motions should be modified from January 16, 2025 to January 16, **2026;**

b. The deadlines for Tesla's Class Certification Expert Opposing Reports should be modified from January 27, 2024 to January 27, **2025**; and

c. The deadline for Class Certification Expert Rebuttal Reports should be modified from February 24, 2024 to February 24, **2025.**

Dated: July 11, 2024

*/s/ David Gringer*
David Gringer (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com

Ari Holtzblatt (SBN 354631)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

David Marcus (SBN 158704)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312
david.marcus@wilmerhale.com

Allison Bingxue Que (SBN 324044)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6000
allison.que@wilmerhale.com

Dated: July 11, 2024

*/s/ Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com

*Interim Lead Counsel for the Proposed Class*

R. Alexander Saveri (SBN 173102)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com

*Interim Liaison Counsel for the Proposed Class*

Stuart G. Gross (SBN 251019)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628, ext.10
sgross@grossklein.com

Richard D. McCune
David C. Wright
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
dcw@mccunewright.com

Derek Y. Brandt
Leigh M. Perica
Connor P. Lemire
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
231 North Main Street, Suite 20
Edwardsville, IL 62025
Tel: (618) 307-6116
dyb@mccunewright.com
lmp@mccunewright.com

cpl@mccunewright.com

Jill M. Manning (State Bar No. 178849)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com

Daniel L. Warshaw (State Bar No. 185365)
Michael H. Pearson (State Bar No. 277857)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
mpearson@pwfirm.com

Jon A. Tostrud (State Bar No. 199502)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 278-2640
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com

Brian P. Murray
Lee Albert
**GLANCY PRONGAY & MURRAY, LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., N.W., Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813

bfinley@cuneolaw.com

Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com

Michelle C. Clerkin
**SPIRO HARRISON & NELSON**
228 Park Avenue South
New York, NY 10003
Telephone: (917) 634-2244
mclerkin@shnlegal.com

Peggy Wedgeworth
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (646) 515-1269
pwedgeworth@milberg.com

Arthur Stock
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
astock@milberg.com

Brian D. Clark
Kyle Pozan
Eura Chang
Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com

kjpozan@locklaw.com
echang@locklaw.com
sjteti@locklaw.com

William G. Caldes
Jeffrey J. Corrigan
Icee N. Etheridge
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JCorrigan@srkattorneys.com
IEtheridge@srkattorneys.com

Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENORD & BLANCHFIELD**
First National Bank Building, Suite W1050
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
g.blanchfield@rwblawfirms.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

**ATTORNEY ATTESTATION**

I, David Gringer, am the ECF User whose ID and password are being used to file this joint stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: July 11, 2024

By: */s/ David Gringer*
David Gringer

**PROPOSED AMENDED CASE MANAGEMENT ORDER**

The above JOINT STIPULATION TO AMEND TYPOGRAPHICAL ERRORS IN REVISED CASE MANAGEMENT AND SCHEDULING ORDER (ECF 167) is approved as an amendment to Revised Case Management and Scheduling Order, ECF 167, and all parties shall comply with its provisions.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ________________________ ____________________________________

HON. TRINA L. THOMPSON
United States District Judge