Alec Blaine Finley (*pro hac vice*)
Finley PLLC
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
Telephone: 281-723-7904
Email: bfinley@finley-pllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1   PLEASE TAKE NOTICE that, pursuant to Civil L. R. 3-11 of the Civil Local Rules, Alec Blaine Finley, Counsel for Plaintiffs, hereby provides notice of change of his contact information as counsel of record. All future pleadings, papers, correspondence, and electronic filings in this action should be sent to the following address:

> Blaine Finley
> Finley PLLC
> 1455 Pennsylvania Avenue, NW
> Suite 400
> Washington, D.C. 20004
> bfinley@finley-pllc.com

Dated: July 11, 2024                             Respectfully submitted,

**FINLEY PLLC**

By:  /s/ Alec Blaine Finley
     Alec Blaine Finley (*pro hac vice*)
     1455 Pennsylvania Avenue, NW
     Suite 400
     Washington, D.C. 20004
     Telephone: 281-723-7904
     bfinley@finley-pllc.com

*Attorney for Plaintiffs*

NOTICE OF CHANGE OF ADDRESS
Case No.: 3:23-cv-1145-TLT