1  David R. Marriott (SBN 2682565)
   Noah Joshua Phillips (*pro hac vice*)
2  Vanessa A. Lavely (*pro hac vice*)
   **CRAVATH, SWAINE & MOORE LLP**
3  Two Manhattan West
   375 Ninth Avenue
4  New York, New York 10001
   Telephone: (212) 474-1000
5  Facsimile: (212) 474-3700

6  *Counsel for Defendant Tesla, Inc.*

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                        **SAN FRANCISCO DIVISION**
10

11 | VIRGINIA M. LAMBRIX, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-1145-TLT (Lead Case) |
   | --- | --- |
   | | Case No. 3:23-cv-1496-TLT |
   | | Case No. 3:23-cv-1543-TLT |
   | | Case No. 3:23-cv-2035-TLT |
   | Plaintiffs, | Case No. 3:23-cv-2352-TLT |
   | v. | |
   | TESLA, INC., | **NOTICE OF WITHDRAWAL** |
   | Defendant. | Judge: Honorable Trina L. Thompson |

19
20     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 11-5(a), David R. Marriott,

22 Noah Joshua Phillips and Vanessa A. Lavely of the law firm of Cravath, Swaine & Moore LLP

23 hereby withdraw their appearance as counsel for Tesla, Inc., in the above-captioned action.

24 Tesla, Inc. will continue to be represented by the law firm of WilmerHale LLP.

25
26
27
28

| | |
|---|---|
| Dated: July 12, 2024 | Respectfully Submitted, |

> By:    */s/ David R. Marriott*
>          David R. Marriott (SBN 2682565)
>          Vanessa A. Lavely *(pro hac vice)*
>          Noah J. Phillips *(pro hac vice)*
>          **CRAVATH, SWAINE & MOORE LLP**
>          375 Ninth Avenue
>          New York, NY 10001
>          Telephone: (212) 474-1000
>          Facsimile: (212) 474-3700