ARI HOLTZBLATT (SBN 354631)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964

ALLISON BINGXUE QUE (SBN
324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

DAVID GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864

DAVID MARCUS (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312

*Attorneys for Defendant Tesla, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**DEFENDANT TESLA, INC.'S ANSWER TO THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Trina L. Thompson |

1         Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Tesla, Inc.

2 ("Tesla"), by and through its undersigned counsel, hereby answers and asserts affirmative defenses

3 as follows to Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Adriana

4 Ferreira, Philomena Nana-Anyangwe, Jason Pratti, and Connor Shore ("Plaintiffs")'s Second

5 Consolidated Amended Class Action Complaint (ECF No. 131, "Complaint"), dated December 8,

6 2023.  Tesla reserves the right to amend this answer or to assert other defenses as this action

7 proceeds.  Except as expressly admitted, qualified, or otherwise answered here, Tesla denies each

8 and every allegation and assertion in the Complaint.  To the extent the paragraphs in the Complaint

9 are grouped under headings and sub-headings, Tesla responds generally that such headings and

10 sub-headings (which are not repeated below) state unsupported legal conclusions as to which no

11 response is required.  To the extent a response is necessary, Tesla denies each heading and sub-

12 heading in the Complaint and incorporates by reference this response in each paragraph below as

13 if fully set forth herein.  To the extent Tesla responds that a document speaks for itself, or refers

14 the Court to a document for a complete and accurate description of its contents, such assertions

15 shall not be deemed to be an admission that the contents of any such document are truthful,

16 accurate or complete.  Any allegations contained in the Complaint that state a legal argument or

17 conclusion do not require a response and, to the extent a response is required, such allegations are

18 denied.  Tesla generally denies any averments in the Complaint's unnumbered paragraphs, graphs,

19 footnotes, and prayer for relief.  Tesla denies any characterization, including bolding, italics or

20 paraphrasing of any alleged statement or that is not a quote of the actual complete statements in

21 context.  Based on all of the foregoing, as well as specifically enumerated herein, Tesla denies that

22 Plaintiff is entitled to any relief whatsoever.  Subject to the foregoing, Tesla answers as follows.

23         The paragraph preceding the allegations does not require a response.  To the extent a

24 response is required, Tesla admits that Plaintiffs brings this Complaint against Tesla.  To the extent

25 this paragraph incorporates the allegations below, Tesla refers the Court to Tesla's answer to each

26 and every allegation below.

27

28

**ANSWERS TO SPECIFIC ALLEGATIONS**

1.      Paragraph 1 consists of Plaintiffs' characterizations of their purported claims, to which no response is necessary.  To the extent a response is necessary, Tesla denies the allegations in Paragraph 1.

2.      Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2, and on that basis denies the allegations.

3.      Tesla admits that Tesla vehicle owners can use the Tesla app to schedule a service appointment with a Tesla Service Center.  Tesla denies the remaining allegations in Paragraph 3.

4.      Paragraph 4 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 4.  To the extent Paragraph 4 characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those policies speak for themselves, and Tesla respectfully refers the Court to those warranties and policies for complete and accurate statements of their contents.

5.      Paragraph 5 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 5.

6.      Paragraph 6 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 6.

7.      Paragraph 7 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 7.

8.      Paragraph 8 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 8.

9.      Tesla admits that Plaintiff Lambrix purchased a new 2016 Tesla Model S from Tesla.  Tesla further admits that around early January 2023, Plaintiff Lambrix contacted Tesla about issues with her vehicle and attempted to schedule an appointment.  Tesla admits that Plaintiff Lambrix has paid Tesla for various repair services between December 2020 and January 2023.  Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9, and on that basis denies those allegations.

10. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10, and on that basis denies the allegations.

11. Tesla admits that Plaintiff Adjuder's 2014 Telsa Model S was serviced at a Tesla Service Center.  Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 11, and on that basis denies those allegations.

12. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and on that basis denies the allegations.

13. Tesla admits that Plaintiff Bose's 2012 Tesla Model S vehicle was serviced at a Tesla Service Center in October 2021 and that the 12V battery was replaced.  Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 13, and on that basis denies those allegations.

14. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14, and on that basis denies the allegations.

15. Tesla admits that Plaintiff Doyle's 2015 Tesla Model S vehicle was serviced six times at a Tesla Service Center between December 2022 and March 2023.  Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 15, and on that basis denies those allegations.

16. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and on that basis denies the allegations.

17. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 17.

18. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 18.

19. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 19.

20. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 20.

21.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 21.

22.     Tesla admits that Plaintiff Nana-Anyangwe purchased a new 2016 Tesla Model S from Tesla.  Tesla admits that Plaintiff Nana-Anyangwe's vehicle was serviced at different Tesla Service Centers on multiple occasions and that three repairs to door handles were performed. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 22, and on that basis denies those allegations.

23.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies the allegations.

24.     Tesla admits that Plaintiff Pratti's 2018 Tesla Model S vehicle was serviced at a Tesla Service Center in Delray Beach, Florida in May 2023 and that the battery was replaced. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 24, and on that basis denies those allegations.

25.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25, and on that basis denies the allegations.

26.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 26.

27.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 27.

28.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 28.

29.     Tesla admits that it is a multinational automotive and clean generation and storage corporation founded in California in 2003 that designs, develops, manufactures and sells fully electric vehicles and other clean energy products.  Tesla admits that it moved its headquarters to Austin, Texas in 2021 and maintains a manufacturing facility in Fremont, California that produces Model S, Model X, Model 3 and Model Y vehicles.  To the extent Paragraph 29 purports to characterize, quote from, or summarize a document published by CarandDriver.com, pages on Tesla's website, and an October 8, 2021 article published by Ars Technica, those documents and

webpage speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Tesla otherwise denies the remaining allegations in Paragraph 29.

30. To the extent Paragraph 30 purports to characterize, quote from, or summarize a February 22, 2023 article published by CNBC, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

31. Tesla admits that it manufactures certain components of its electric vehicles, such as battery packs, and that it also purchases certain components from suppliers worldwide, including single-source suppliers. To the extent Paragraph 31 purports to characterize, quote from, or summarize contracts between component suppliers and Tesla, an article published by Investopedia.com (updated June 9, 2024), and a Tesla Motors, Inc. 2015 Form 10-K, those sources speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Tesla denies the remaining allegations in Paragraph 31.

32. Tesla admits that it manufactures electric vehicles and specific parts for electric vehicles. Tesla further admits that it operates Tesla Service Centers across the United States, 47 of which are currently located in California. To the extent Paragraph 32 purports to characterize, quote from, or summarize a page from Tesla's website, that source speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

33. Paragraph 33 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 33.

34. Paragraph 34 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 34.

35. Paragraph 35 contains legal conclusions to which no response is required.

36. To the extent Paragraph 36 purports to characterize, quote from, or summarize an article published on NBCDFW's website, that website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents. Paragraph 36 also contains legal conclusions to which no response is required. Tesla does not contest personal jurisdiction for the purposes of this matter. Tesla denies the remaining allegations in

Paragraph 36.  To the extent Paragraph 36 purports to incorporate or summarize any allegations below, Tesla refers the Court to Tesla's answer to those allegations.

37.  Paragraph 37 contains legal conclusions to which no response is required.  Tesla does not contest venue for the purposes of this matter.  Tesla denies the remaining allegations in Paragraph 37.

38.  Paragraph 38 contains legal conclusions to which no answer is required.  To the extent a response is required, for purposes of the current action, Tesla does not contest that this action is properly assigned to the San Francisco Division of this District.

39.  Paragraph 39 contains legal conclusions to which no answer is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39, and on that basis denies the allegations.

40.  To the extent Paragraph 40 purports to characterize, quote from, or summarize a May 10, 2022 article published by Kelly Blue Book's Media Room and a January 24, 2017 article published in the Journal of the Association of Environmental & Resource Economists, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40, and on that basis denies the allegations.

41.  To the extent Paragraph 41 purports to characterize, quote from, or summarize a September 30, 2022 article published by the Visual Capitalist.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and on that basis denies the allegations.

42.  Tesla admits that it sells a Wall Connector compatible for Tesla vehicles and that it owns and operates the largest, global, fast charging network in the world with Tesla Superchargers.  To the extent Paragraph 42 purports to characterize, quote from, or summarize a June 2023 article published by GreenCars.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks

knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 42, and on that basis denies those allegations.

43.     To the extent Paragraph 43 purports to characterize, quote from, or summarize a June 2023 article published by GreenCars.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43, and on that basis denies the allegations.

44.     To the extent Paragraph 44 purports to characterize, quote from, or summarize a February 8, 2021  article published by UtilityDive.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, on that basis denies the allegations.

45.     To the extent Paragraph 45 purports to characterize, quote from, or summarize an article published by the Energy Institute at Haas blog, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45, and on that basis denies the allegations.

46.     To the extent Paragraph 46 purports to characterize, quote from, or summarize a February 25, 2022 article published by the RealSimple.com and a January 22, 2020 article published by the American Automobile Association, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and Tesla on that basis denies the allegations.

47.     Paragraph 47 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47, and on that basis denies the allegations.

48.     To the extent Paragraph 48 purports to characterize, quote from, or summarize a December 29, 2021 article published by CNBC, a June 27, 2022 article published by the Business

Insider, an article published by GetJerry, and a March 16, 2022 article published by CNN Business, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Paragraph 48 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48, and on that basis denies the allegations.

49.     To the extent Paragraph 49 purports to characterize, quote from, or summarize a July 6,  2023 article published by Electrek.co and a July 10, 2023 article published by Reuters, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Paragraph 49 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and on that basis denies the allegations.

50.     To the extent Paragraph 50 purports to characterize, quote from, or summarize a Tesla 2021 Form 10-K, that filing speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.  Paragraph 50 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 50, and on that basis denies those allegations.

51.     To the extent Paragraph 51 purports to characterize, quote from, or summarize a March 1, 2022 article published by Reuters, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51, and on that basis denies the allegations.

52.     To the extent Paragraph 52 purports to characterize, quote from, or summarize an article published by StanleyEngineeredFastening.com, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52, and on that basis denies the allegations.

53.    Tesla admits that it manufactures the Tesla Model 3, Model Y, Model S, and Model X vehicles.  To the extent Paragraph 53 purports to characterize, quote from, or summarize a February 16, 2021 article published by Electrek.co and a January 9, 2023 article published by Electrek.co, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Paragraph 53 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 53, and on that basis denies those allegations.

54.    Paragraph 54 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 54.

55.    Paragraph 55 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 55.

56.    Paragraph 56 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 56.

57.    Paragraph 57 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 57.

58.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58, and on that basis denies the allegations.

59.    Tesla admits that owners of Tesla vehicles have the option to bring their Tesla vehicle to a service provider who specializes in the maintenance and repair of Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 59.

60.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60, and on that basis denies the allegations.

61.    To the extent Paragraph 61 purports to characterize, quote from, or summarize information published on a page on Tesla's website, that website speaks for itself, and Tesla

respectfully refers the Court to that website for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 61.

62.    Tesla denies the allegations in Paragraph 62.

63.    Tesla denies the allegations in Paragraph 63.

64.    Tesla denies the allegations in Paragraph 64.

65.    Tesla admits that Tesla vehicle owners can use the Tesla app to schedule a service appointment either with a Tesla Service Center or with a Tesla Mobile Service Technician to perform a Tesla Mobile Service appointment at a convenient location of the Tesla vehicle owner's choosing.  Tesla further admits that a Tesla Service Technician can perform services on Tesla vehicles.  To the extent Paragraph 65 purports to characterize, quote from, or summarize information published on a page on Tesla's website, that website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.

66.    Tesla admits that Tesla vehicle owners can use Tesla Service Centers, Tesla Collision Centers, Tesla-Approved Collision Centers, and Tesla-Preferred Collision Centers to obtain repair services.  Tesla further admits that Tesla Collision Centers are owned and operated by Tesla and that Tesla Approved Collision Centers are independently owned and operated.  To the extent Paragraph 66 purports to characterize, quote from, or summarize information published on a page on Tesla's website, that website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.  Tesla denies the remaining allegations in Paragraph 66.

67.    Tesla admits that Tesla vehicle owners can use Tesla Service Centers, Tesla Collision Centers, Tesla-Approved Collision Centers, and Tesla-Preferred Collision Centers to obtain repair services.  Tesla denies the remaining allegations in Paragraph 67.

68.    Paragraph 68 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 68.

69.    Paragraph 69 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 69.

70. Paragraph 70 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 70.

71. Paragraph 71 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 71.

72. Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles. Paragraph 72 otherwise contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 72.

73. Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles. Tesla denies the allegations in Paragraph 73.

74. Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles. Tesla denies the remaining allegations in Paragraph 74.

75. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75, and on that basis denies the allegations.

76. Paragraph 76 contains legal conclusions to which no response is required. To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76, and on that basis denies the allegations.

77. To the extent Paragraph 77 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations. Paragraph 77 also contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 77.

78. Paragraph 78 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 78.

79. Paragraph 79 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 79.

80. Paragraph 80 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 80.

81. Paragraph 81 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 81.

82.     To the extent Paragraph 82 purports to characterize, quote from, or summarize an article from Rivian.com, an owner's manual from LucidMotors.com, a manual from Polestar.com, and a manual from Fiskerinc.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Paragraph 82 contains legal conclusions to which no response is required. To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82, and on that basis denies the allegations.

83.     Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles. Paragraph 83 otherwise contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the remaining allegations in Paragraph 83.

84.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84, and on that basis denies the allegations.

85.     Tesla admits that its sales have increased since it began producing and delivering vehicles. Tesla also admits that it has Tesla Service Centers located in 37 states in the United States. Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence of Paragraph 85. Tesla denies the remaining allegations in Paragraph 85.

86.     Tesla denies the allegations in Paragraph 86.

87.     To the extent Paragraph 87 purports to characterize, quote from, or summarize a July 24, 2023 article from Autoblog.com, that source speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents. Paragraph 87 also contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 87.

88.     Tesla admits that it has provided the public access to its service manuals, diagnostics software, and electronic parts catalog. Tesla denies the remaining allegations in Paragraph 88.

89.     To the extent Paragraph 89 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations.  Paragraph 89 also contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 89.

90.     Tesla admits that independent service providers have access to software called Toolbox that is used to perform service and maintenance on Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 90.

91.     Tesla admits that, beginning in 2018, it provided the public access to its parts catalog, and that to make purchases or view prices in the catalog, one must create an account with service.tesla.com.  Tesla further admits that some parts are labeled in the catalog as "Over-the-Counter," "Not for Resale," or "Restricted."  Tesla denies the remaining allegations in Paragraph 91.

92.     Tesla admits that its parts catalog is accessible online.  Tesla further admits that the purchase of certain parts in Tesla's parts catalog requires the purchaser to provide a VIN number before the parts can be sold.  Tesla denies the remaining allegations in Paragraph 92.

93.     Tesla denies the allegations in Paragraph 93.

94.     To the extent Paragraph 94 purports to characterize, quote from, or summarize information published on pages on Tesla's website, those pages speak for themselves, and Tesla respectfully refers the Court to those webpage for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 94.

95.     To the extent Paragraph 95 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations.  To the extent Paragraph 95 purports to characterize, quote from, or summarize public statements referenced in any allegations above, the above-referenced public statements speak for themselves, and Tesla respectfully refers the Court to the public statements referenced in the allegations above for complete and accurate recitations of their contents. Tesla otherwise denies the allegations in Paragraph 95.

96.     To the extent Paragraph 96 purports to incorporate or summarize any allegations below, Tesla refers the Court to Tesla's answers to those allegations.  Tesla otherwise denies the allegation in Paragraph 96.

97.     Tesla denies the allegations in Paragraph 97.

98.     Paragraph 98 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations.

99.     Tesla admits that certain Tesla leases have early termination fees.  Tesla further admits that the purchase of a Tesla is often financed.  To the extent Paragraph 99 purports to characterize, quote from, or summarize information published on pages on Tesla's website, those webpages speak for themselves, and Tesla respectfully refers the Court to those webpages for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 99.

100.    To the extent Paragraph 100 purports to characterize, quote from, or summarize a July 11, 2023 article published by Electrek.co and a July 24, 2023 article published by Autoblog.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles for complete and accurate recitations of their contents.  Tesla otherwise denies the allegations in Paragraph 100.

101.    Tesla admits that Tesla vehicle owners have the option to purchase a variety of vehicle accessories for their Tesla vehicles.  Tesla admits that many Tesla vehicle owners purchase level 2 chargers to charge their vehicles at home.  Tesla further admits that the Tesla Wall Connector requires installation by a qualified electrician.  Tesla further admits that Tesla vehicles use an SAE J3400 charging standard.  To the extent Paragraph 101 purports to characterize, quote from, or summarize commentary for Reddit.com, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.  Tesla denies the remaining allegations in Paragraph 101.

102.    To the extent Paragraph 102 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answers to those allegations.  Paragraph 102 also contains

1   legal conclusions to which no response is required.  To the extent a response is required, Tesla

2   denies the allegations in Paragraph 102.

3       103.    Tesla denies the allegations in Paragraph 103.

4       104.    Tesla admits that Tesla vehicles are designed to, and in fact do, operate for many

5   years.  Tesla otherwise denies the allegations in Paragraph 104.

6       105.    Tesla  denies the allegations in Paragraph 105.

7       106.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

8   the allegations in the first sentence of Paragraph 106, and on that basis denies the allegations.  Tesla

9   otherwise denies the allegations in Paragraph 106.

10      107.    Paragraph 107 contains legal conclusions to which no response is required.  To the

11  extent a response is required, Tesla denies the allegations in Paragraph 107.

12      108.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

13  the allegations in Paragraph 108, and on that basis denies the allegations.

14      109.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

15  the allegations in Paragraph 109, and on that basis denies the allegations.

16      110.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

17  the allegations in Paragraph 110, and on that basis denies the allegations.

18      111.    Paragraph 111 contains legal conclusions to which no response is required.  To the

19  extent a response is required, Tesla denies the allegations in Paragraph 111.

20      112.    Paragraph 112 contains legal conclusions to which no response is required.  To the

21  extent a response is required, Tesla denies the allegations in Paragraph 112.

22      113.    To the extent Paragraph 113 purports to incorporate or summarize any of the other

23  allegations in this Complaint, Tesla refers the Court to Tesla's answers to those allegations.

24  Paragraph 113 contains legal conclusions to which no response is required.  To the extent a

25  response is required, Tesla denies the allegations in Paragraph 113.

26      114.    Paragraph 114 contains legal conclusions to which no response is required.  To the

27  extent a response is required, Tesla lacks knowledge or information sufficient to form a belief

28  about the truth of the allegations in Paragraph 114, and on that basis denies the allegations.

115.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115, and on that basis denies the allegations.

116.     Tesla admits that, in 2012, Massachusetts voters approved Ballot Question 1. Ballot Question 1 speaks for itself, and Tesla respectfully refers the Court to Ballot Question 1 for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 116, and on that basis denies those allegations.

117.     Tesla admits that the Automotive Aftermarket Industry Association, the Coalition for Auto Repair Equity, the Alliance of Automobile Manufacturers, and the Association of Global Automakers entered into the 2014 MOU in January 2014.  Tesla denies that any car manufacturer signed the 2014 MOU.  Tesla admits that, like all other car manufacturers, it did not sign the 2014 MOU.  The 2014 MOU speaks for itself, and Tesla respectfully refers the Court to the 2014 MOU for a complete and accurate recitation of its contents.  Also, to the extent Paragraph 117 purports to characterize or summarize a report by the Federal Trade Commission, that report speaks for itself, and Tesla respectfully refers the Court to that report for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 117.

118.     The 2014 MOU speaks for itself, and Tesla respectfully refers the Court to the 2014 MOU for a complete and accurate recitation of its contents.  Tesla admits that, in 2020, Massachusetts voters approved Ballot Question 1.  The 2020 Ballot Question 1 speaks for itself, and Tesla respectfully refers the Court to the 2020 Ballot Question 1 for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 118, and on that basis denies those allegations.

119.     Tesla admits that the Automative Service Association, the Society of Collision Repair Specialists, and the Alliance for Automative Innovation entered into the 2023 Automotive Repair Data Sharing Commitment.  Tesla denies that any automative manufacturers signed the 2014 MOU or the 2023 Automotive Data Repair Sharing Commitment.  The 2023 Automotive Data Repair Sharing Commitment speaks for itself, and Tesla respectfully refers the Court to that

document for a complete and accurate recitation of its contents. Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 119, and on that basis denies those allegations.

120.    The 2023 Automotive Data Repair Sharing Commitment speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents. Tesla admits that, like all other car manufacturers, it did not sign the 2023 Automotive Data Repair Sharing Commitment. Tesla denies that it refused to participate in the 2023 Automotive Data Repair Sharing Commitment or any other pro-competitive commitments. Tesla denies the remaining allegations in Paragraph 120.

121.    Paragraph 121 purports to characterize or summarize a report by the Federal Trade Commission, that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents. To the extent Paragraph 121 refers to the practices of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121, and on that basis denies the allegations. Tesla otherwise denies the allegations in Paragraph 121.

122.    Paragraph 122 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents. To the extent Paragraph 122 otherwise refers to the practices of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 122 and on that basis denies the allegations. Tesla otherwise denies the allegations in Paragraph 122.

123.    To the extent Paragraph 123 refers to the practices of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 123, and on that basis denies the allegations. Tesla otherwise denies the allegations in Paragraph 123.

124.    Paragraph 124 purports to characterize, quote from, or summarize a Statement of Interest filed by the U.S. Department of Justice in *In re: Deere & Company Repair Servs. Antitrust Litig.*, Case No. 3:22-cv-50188 (N.D. Ill. Feb. 13, 2023). That Statement of Interest speaks for

itself, and Tesla respectfully refers the Court to the document for a complete and accurate recitation of its contents. To the extent Paragraph 124 otherwise refers to the practices of entities other than Tesla, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 124, and on that basis denies the allegations.

125. Paragraph 125 purports to characterize, quote from, or summarize an Executive Order issued on July 9, 2021. That Executive Order speaks for itself, and Tesla respectfully refers the Court to the Executive Order for a complete and accurate recitation of its contents.

126. To the extent Paragraph 126 purports to characterize, quote from, or summarize a White House fact sheet, the fact sheet speaks for itself, and Tesla respectfully refers the Court to the fact sheet for a complete and accurate recitation of its contents. To the extent Paragraph 126 refers to the practices of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 126, and on that basis denies the allegations. Tesla otherwise denies the allegations in Paragraph 126.

127. Tesla admits that it was founded in California in 2003 and that Elon Musk became the CEO of Tesla in 2008 and continues to hold that position today. Tesla admits that its first vehicle, the Roadster, was released in 2008, and that between 2008 and 2012, Tesla produced and sold more than 2,400 Roadsters worldwide. Tesla further admits that its original manufacturing facility was known as "Nummi," which continues to operate today. Tesla also admits that the Nummi manufacturing site is one of the largest manufacturing sites in California and that Model S, Model 3, Model X, and Model Y vehicles are produced there. To the extent Paragraph 127 purports to characterize, quote from, or summarize pages on Tesla's website and a July 22, 2023 article published by Business Insider, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Tesla otherwise denies the remaining allegations in Paragraph 127.

128. Tesla admits that it announced the Model S, a full-size sedan, in 2009 and that Tesla began delivering the Model S to customers in June 2012. To the extent Paragraph 128 purports to characterize, quote from, or summarize pages on Tesla's website, and a January 3, 2024 article published by CarFigures.com, those documents speak for themselves, and Tesla respectfully refers

1  the Court to those documents for complete and accurate recitations of their contents.  Tesla

2  otherwise denies the remaining allegations in Paragraph 128.

3      129.    Tesla admits that the Model X was announced in 2013 and that it began delivering

4  Model X vehicles to customers in late-2015.  Tesla admits that the Model X 75D is the base model

5  of the Model X vehicle.  To the extent Paragraph 129 purports to characterize, quote from, or

6  summarize a September 29, 2015 article published by TheVerge.com, a webpage by GetJerry.com,

7  and a January 3, 2024 article published by CarFigures.com, those documents speak for themselves,

8  and Tesla respectfully refers the Court to those documents for complete and accurate recitations

9  of their contents.  Tesla otherwise denies the remaining allegations in Paragraph 129.

10     130.    Tesla admits that the Model Y was announced in 2019, and that Tesla sold over

11  292,000 Model Y vehicles in the United States between 2020 and 2022.  To the extent Paragraph

12  130 purports to characterize, quote from, or summarize a March 16, 2022 article published by

13  CNN, a March 14, 2019 article published by TheVerge.com, and two  January 3, 2024 articles

14  published by CarFigures.com, those documents speak for themselves, and Tesla respectfully refers

15  the Court to those documents for a complete and accurate recitation of their contents.  Tesla

16  otherwise denies the remaining allegations in Paragraph 130.

17     131.    Tesla admits that it sold over 3 million vehicles worldwide between 2015 and 2022,

18  and admits that it sold over 1.5 million vehicles in the United States between 2015 and 2022.  To

19  the extent Paragraph 131 purports to characterize, quote from, or summarize a November 4, 2022

20  article published by US News, Tesla Form 10-Ks for the 2015-2021 years, and an article published

21  by GoodCarBadCar.Net, those documents speak for themselves, and Tesla respectfully refers the

22  Court to those documents for complete and accurate recitations of their contents.

23     132.    Tesla admits that it has enjoyed substantial success selling and leasing vehicles  to

24  consumers, and that this success has resulted in an increase in registered EVs in the United States.

25  To the extent Paragraph 132 purports to characterize, quote from, or summarize a May 23, 2022

26  article published by IEA.org, that article speaks for itself, and Tesla respectfully refers the Court

27  to that article for a complete and accurate recitation of its contents.

28

133.    Tesla admits that it operates approximately 160 service centers across the United States.  To the extent Paragraph 133 purports to characterize, quote from, or summarize a page on Tesla's website and Tesla Form 10Ks for 2015-2021, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.

134.    Tesla admits that it owns and operates over 1,500 Supercharger locations in 52 states/territories throughout the United States, and that this Supercharger network has contributed to Tesla's success.  Tesla further admits that California has Supercharger locations.  To the extent Paragraph 134 purports to characterize, quote from, or summarize a January 15, 2024 article published by Scrapehero.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 134.

135.    Tesla admits that is has sold over 3.5 million vehicles worldwide.  Tesla denies the remaining allegations in Paragraph 135.

136.    Tesla admits that the number of Tesla store and service locations and the number of vehicles in Tesla's Mobile Service Fleet have grown since 2018.  Tesla denies the remaining allegations in Paragraph 136.

137.    To the extent Paragraph 137 purports to characterize, quote from, or summarize Tesla's SEC filings, those filings speak for themselves, and Tesla respectfully refers the Court to those filings for a complete and accurate recitation of their contents.  Plaintiffs otherwise do not identify the source of the allegations in Paragraph 137 and footnote 79 of Paragraph 137, which renders them unduly vague and improperly forces Tesla to speculate about their supposed basis, and Tesla therefore denies those allegations on that basis.

138.    To the extent Paragraph 138 purports to characterize, quote from, or summarize a page on Tesla's website, the website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.  Tesla otherwise denies the remaining allegations in Paragraph 138.

139.    To the extent Paragraph 139 purports to characterize, quote from, or summarize a June 28, 2022 article published by JDPower.com, a February 18, 2021 article published by JDPower.com, and a November 19, 2021 article published by Insideevs.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 139.

140.    Tesla denies the allegations in Paragraph 140.

141.    To the extent Paragraph 141 purports to characterize, quote from, or summarize a Tesla 2017 Form 10-K, that filing speaks for itself, and Tesla respectfully refers the Court to that filing for a complete and accurate recitation of its contents.

142.    To the extent Paragraph 142 purports to characterize, quote from, or summarize an October 29, 2018 article published by Electrek.co, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 142.

143.    Tesla denies the allegations in Paragraph 143.

144.    Tesla admits that originally some of its service manuals required the purchase of an annual subscription, but that Tesla service manuals are now available online for no charge.  Tesla further admits that certain diagnostics software is available for purchase by independent operators. To the extent Paragraph 144 purports to characterize, quote from, or summarize a May 20, 2022 article published by Insideevs.com and a page on Tesla's website, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 144.

145.    Tesla admits that, in 2018, it provided the public access to its parts catalog.  Tesla further admits that some parts are labeled in its parts catalog as "Over-the-Counter" "Not for Resale," or "Restricted."  To the extent Paragraph 145 purports to characterize, quote from, or summarize an October 29, 2018 article published by Electrek.co and a page on Tesla's website, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 145.

146.     Tesla admits that the purchase of certain parts in Tesla's parts catalog requires the purchaser to provide a VIN number.  Tesla denies the remaining allegations in Paragraph 146.

147.     Tesla denies the allegations in Paragraph 147.

148.     Tesla admits that Tesla vehicles can enter "service mode."  Tesla denies the remaining allegations in Paragraph 148.

149.     Tesla denies the allegations in Paragraph 149.

150.     To the extent Paragraph 150 purports to characterize, quote from, or summarize a Tesla 2022 Form 10-K, that document speaks for itself, and Tesla respectfully refers the Court to that filing for a complete and accurate recitation of its contents.  Paragraph 150 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 150.

151.     Paragraph 151 contains legal conclusions to which no response is required.  To the extent Paragraph 151 characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those policies speak for themselves, and Tesla respectfully refers the Court to those warranties and policies for a complete and accurate statement of their contents.  To the extent a further response is required, Tesla denies the allegations in Paragraph 151.

152.     Tesla admits that it does not sell its vehicles through independent dealerships and instead sells its vehicles directly to consumers.  Tesla denies the remaining allegations in Paragraph 152.

153.     Tesla admits that its profit margins are currently greater on sales and leasing than on services.  Tesla further admits that Tesla-Approved Collision Centers are independently owned.  Tesla denies the remaining allegations in Paragraph 153.

154.     Tesla admits that its vehicle frames contain aluminum, among other materials.  Tesla denies the remaining allegations in Paragraph 154.

155.     Tesla denies the allegations in Paragraph 155.

156.     Tesla admits that it manufactures certain components of its vehicles and also purchases certain components from suppliers around the world.  To the extent Paragraph 156 purports to characterize, quote from, or summarize a Tesla 2015 Form 10-K, that document speaks

for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

157.    To the extent Paragraph 157 purports to characterize, quote from, or summarize Tesla agreements with suppliers, those agreements speak for themselves, and Tesla respectfully refers the Court to those agreements for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 157.

158.    Tesla admits that it entered into a contract with Panasonic in the United States in 2014, and that the contract was filed with the Securities Exchange Commission as an exhibit to Tesla's Form 10-Q for the quarter ending September 30, 2014.  To the extent Paragraph 158 purports to characterize, quote from, or summarize Tesla and Panasonic's contract filed with the SEC, that document speaks for itself, and Tesla respectfully refers the Court to that filing for a complete and accurate recitation of its contents.

159.    Paragraph 159 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 159.

160.    Tesla admits that repair services are available for its vehicles through Tesla Service Centers, Tesla Collision Centers, Tesla-Approved Collision Centers, and independent repair facilities that have no association with Tesla.  Tesla admits that Tesla Service Centers and Tesla Collision Centers are owned and operated by Tesla.  Tesla further admits that the number of Tesla vehicles on the road has increased since the time Tesla started producing and delivering vehicles.  Tesla denies the remaining allegations in Paragraph 160.

161.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first and second sentences of Paragraph 161, and on that basis denies the allegations.  Tesla denies the remaining allegations in Paragraph 161.

162.    To the extent Paragraph 162 purports to characterize, quote from, or summarize an August 28, 2019 article published by Futurism.com and a September 4, 2019 article published by MotorAuthority.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 162.

163.    To the extent Paragraph 163 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answers to those allegations.  Tesla admits that it sells replacement parts on its website.  Tesla otherwise denies the allegations in Paragraph 163.

164.    Tesla admits that it has made its parts catalog available for free.  Tesla denies the remaining allegations in Paragraph 164.

165.    Tesla admits that independent repair facilities have access to software called Toolbox that is used to perform service and maintenance on Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 165.

166.    Tesla denies the allegations in Paragraph 166.

167.    To the extent Paragraph 167 purports to characterize, quote from, or summarize May 9, 2017 and May 19, 2017 articles published by the BodyShopBusiness.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla admits that, before 2017, Tesla did not have any of its own collision repair facilities.  Tesla denies the remaining allegations in Paragraph 167.

168.    Tesla denies the allegations in Paragraph 168.

169.    To the extent Paragraph 169 purports to characterize or summarize a page on Tesla's website, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 169.

170.    To the extent Paragraph 170 purports to characterize, quote from, or summarize a page on Tesla's website and an article published by ElectricVehicles.com, those websites speak for themselves, and Tesla respectfully refers the Court to those websites for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 170.

171.    To the extent the Paragraph 171 purports to characterize, quote from, or summarize an article published by CollisionProsInc.com, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents. Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 171, and on that basis denies the allegations.

172.    Tesla admits that it continues to open new Service Centers.  Tesla otherwise denies the allegations in Paragraph 172.

173.    To the extent Paragraph 173 purports to characterize, quote from, or summarize an article published by Electrek.co and an article from RepairerDrivenNews.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 173.

174.    Tesla denies the allegations in Paragraph 174.

175.    Tesla admits that it currently has  service centers located in 37 states.  To the extent Paragraph 175 purports to characterize, quote from, or summarize pages on Tesla's website and an April 16, 2024 article published by Scrapehero.com, those webpages speak for themselves, and Tesla respectfully refers the Court to those webpages for a complete and accurate recitation of their contents.  Tesla denies the remaining allegations in Paragraph 175.

176.    Tesla admits that the demand for Tesla vehicles has at times been greater than the supply of Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 176.

177.    Tesla denies the allegations in Paragraph 177.

178.    Tesla denies the allegations in Paragraph 178.

179.    Tesla admits that Tesla and Tesla-Approved Collision Centers will not repair damaged battery packs when they cannot be repaired.  To the extent Paragraph 179 purports to characterize, quote from, or summarize a March 27, 2023 article from CowboyStateDaily.com, a September 13, 2021 article published by Electrek.co, and videos from YouTube.com, those documents and webpages speak for themselves, and Tesla respectfully refers the Court to those websites for a complete and accurate recitation of their contents.  Tesla otherwise denies the remaining allegations in Paragraph 179.

180.    Paragraph 180 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 180.

181.    Tesla admits that its new vehicle warranties do not require owners to purchase parts and services for their Tesla vehicles only through Tesla's app.  Tesla denies the remaining allegations in Paragraph 181.

182.    To the extent Paragraph 182 purports to characterize, quote from, or summarize Tesla vehicle warranties and policies, those warranties and policies speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.

183.    To the extent Paragraph 183 purports to characterize, quote from, or summarize a page on Tesla's website, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.

184.    To the extent Paragraph 184 purports to characterize, quote from, or summarize the Tesla Parts, Body & Paint Repair Limited Warranty, that document speaks for itself, and Tesla respectfully refers the Court to this document for a complete and accurate recitation of its contents.

185.    To the extent Paragraph 185 purports to characterize, quote from, or summarize the Tesla Parts, Body & Paint Repair Limited Warranty, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

186.    To the extent Paragraph 186 purports to characterize, quote from, or summarize Tesla vehicle warranties, policies, and manuals, those documents for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 186.

187.    To the extent Paragraph 187 purports to characterize or summarize the posts on the Tesla Motors Club online forum, that website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 187.

188.    To the extent Paragraph 188 purports to characterize or summarize from a post on the Tesla Motors Club online forum, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 188.

189.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 189, and on that basis denies the allegations.

190.    To the extent Paragraph 190 purports to characterize, quote from, or summarize Tesla's Unsupported or Salvaged Vehicle Policy, that policy speaks for itself, and Tesla respectfully refers the Court to that policy for a complete and accurate recitation of their contents.

191.    To the extent Paragraph 191 purports to characterize or summarize Tesla's Unsupported or Salvaged Vehicle Policy, that policy speaks for itself, and Tesla respectfully refers the Court to that policy for a complete and accurate recitation of their contents.  And to the extent Paragraph 191 purports to characterize, quote from, or summarize a February 17, 2020 article published by Insideevs.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 191.

192.    Paragraph 192 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 192.

193.    Paragraph 193 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 193.

194.    Tesla denies the allegations in Paragraph 194.

195.    Tesla denies the allegations in Paragraph 195.

196.    Tesla denies the allegations in Paragraph 196.

197.    To the extent Paragraph 197 purports to characterize, quote from, or summarize Elon Musk's October 16, 2018 Twitter post, that Twitter post speaks for itself, and Tesla respectfully refers the Court to that post for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 197.

198.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198, and on that basis denies the allegations.

199.    To the extent Paragraph 199 purports to characterize, quote from, or summarize an August 24, 2022 article published by Vox, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 199.

200.    To the extent Paragraph 200 purports to characterize, quote from, or summarize a November 10, 2020 article published by Vice, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 200.

201.    To the extent Paragraph 201 purports to characterize, quote from, or summarize an article published by AutoNationMobileService.com, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 201.

202.    Paragraph 202 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 202.

203.    To the extent Paragraph 203 purports to characterize, quote from, or summarize an article published by Ford.com and an article published by StealthEV.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 203.

204.    To the extent Paragraph 204 purports to characterize, quote from, or summarize an article published by Jalopnik.com and an October 20, 2023 article published by InsideEVs.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles  for a complete and accurate recitation of their contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204, and on that basis denies the allegations.

205.    Tesla denies the allegations in Paragraph 205.

206.    To the extent Paragraph 206 purports to characterize, quote from, or summarize an article published by CleanTechnica.com, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206, and on that basis denies the remaining allegations.

207.    To the extent Paragraph 207 purports to characterize, quote from, or summarize two posts in the Tesla Motors Club online forum, those webpages speak for themselves, and Tesla

respectfully refers the Court to those webpages for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 207.

208.    To the extent Paragraph 208 purports to characterize, quote from, or summarize a June 27, 2022 article published by GetJerry.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 207, and on that basis denies the allegations.

209.    Tesla denies the allegations in Paragraph 209.

210.    Tesla admits that, like all other manufacturers, it did not sign the 2014 MOU.  Tesla denies the remaining allegations in Paragraph 210.

211.    To the extent Paragraph 211 purports to characterize a July 19, 2021 Substack post, that post speaks for itself, and Tesla respectfully refers the Court to that post for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 211.

212.    Paragraph 212 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

213.    Paragraph 213 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

214.    Paragraph 214 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

215.    Paragraph 215 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

216.    Paragraph 216 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

217.    Paragraph 217 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

218.    Tesla admits that Plaintiffs purport to bring this action on behalf of themselves and a putative class defined in Paragraph 218, but denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

219.    Tesla admits that Plaintiffs purport to bring this action on behalf of themselves and a putative class defined in Paragraph 219, but denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

220.    Paragraph 220 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 220, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

221.    Paragraph 221 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 221, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

222.    Paragraph 222 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 222, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

223.    Paragraph 223 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 223, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

224.    Paragraph 224 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 224, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

225.    Paragraph 225 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 225, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

226.     Paragraph 226 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 226, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

227.     Paragraph 227 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 227, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

228.     Paragraph 228 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 228, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

229.     Paragraph 229 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 229.

230.     Paragraph 230 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 230.

231.     Paragraph 231 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 231.

232.     Paragraph 232 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 232.

233.     Paragraph 233 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 233, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

234.     Tesla admits that its owns and operates Tesla Service Centers.  Tesla admits that some of the named Plaintiffs had their vehicles serviced at Tesla Service Centers.  Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 234, and on that basis denies those allegations.  Tesla also denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

235.     Paragraph 235 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief

about the truth of the allegations in Paragraph 235, and on that basis denies the allegations.  Tesla also denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

236.    Tesla denies the allegations in Paragraph 236.

237.    Tesla denies the allegations in Paragraph 237.

238.    Paragraph 238 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 238.

239.    Paragraph 239 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 239.

240.    Paragraph 240 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 240.

241.    Paragraph 241 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 241.

242.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

243.    Paragraph 243 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 243.

244.    Paragraph 244 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 244.

245.    Paragraph 245 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 245.

246.    Paragraph 246 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 246.

247.    Paragraph 247 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 247.

248.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

249.    Paragraph 249 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 249.

250.    Paragraph 250 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 250.

251.    Paragraph 251 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 251.

252.    Paragraph 252 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 252.

253.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

254.    Paragraph 254 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 254.

255.    Paragraph 255 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 255.

256.    Paragraph 256 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 256.

257.    Paragraph 257 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 257.

258.    Paragraph 258 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 258.

259.    Paragraph 259 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 259.

260.    Paragraph 260 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 260.

261.    Paragraph 261 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 261.

262.    Paragraph 262 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 262.

263.    Paragraph 263 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 263.

264.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

265.    Paragraph 265 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 265.

266.    Paragraph 266 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 266.

267.    Paragraph 267 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 267.

268.    Paragraph 268 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 268.

269.    Paragraph 269 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 269.

270.    Paragraph 270 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 270.

271.    Paragraph 271 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 271.

272.    Paragraph 272 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 272.

273.    Paragraph 273 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 273.

274.    Paragraph 274 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 274.

275.    Paragraph 275 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 275.

276.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

277.    Paragraph 277 contains legal conclusions, to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 277.

278.     Paragraph 278 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 278.

279.     Paragraph 279 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 279.

280.     Paragraph 280 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 280.

281.     Paragraph 281 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 281.

282.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 282 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 282.

283.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 283 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 283.

284.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 284 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 284.

285.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 285 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 285.

286.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 286 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 286.

287.    Paragraph 287 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 287.

288.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

289.    Paragraph 289 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 289.

290.    Tesla admits that it manufacturers motor vehicles and parts to repair those vehicles. Paragraph 290 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the remaining allegations in Paragraph 290.

291.    To the extent Paragraph 291 purports to characterize or summarize Tesla's agreements with suppliers, those agreements speak for themselves, and Tesla respectfully refers the Court to those agreements for a complete and accurate recitation of their contents.  Paragraph 291 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 291.

292.    Tesla admits that it provides repair services to its customers.  Paragraph 292 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the remaining allegations in Paragraph 292.

293.    To the extent Paragraph 293 purports to characterize or summarize Tesla's agreements with Tesla-Approved Collision Centers, those agreements speak for themselves, and Tesla respectfully refers the Court to those agreements for a complete and accurate recitation of their contents.  Paragraph 293 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 293.

294.    Paragraph 294 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 294.

295.    Paragraph 295 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 295.

296.    Paragraph 296 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 296.

297.    Paragraph 297 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 297.

298.    Paragraph 298 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 298.

299.    Paragraph 299 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 299.

300.    Paragraph 300 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 300.

301.    Tesla restates and adopts its answers to each other paragraph of the Second Amended Consolidated Complaint as if set forth in full here.

302.    Paragraph 302 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 302.

303.    Paragraph 303 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 203.

304.    Paragraph 304 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 304.

305.    Paragraph 305 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 305.

306.    Paragraph 306 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 306.

307.    Paragraph 307 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 307.

308.    Tesla admits that its new vehicle warranties do not require Tesla owners to utilize only Tesla repair services or parts purchased from Tesla.   To the extent Paragraph 308 characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those policies speak for themselves, and Tesla respectfully refers the Court to those warranties and policies for complete and accurate statements of their contents.   Tesla otherwise denies the allegations in Paragraph 308.

309.    Paragraph 309 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 309.

310.    Paragraph 310 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 310.

311.    Paragraph 311 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 311.

312.    Paragraph 312 consists of Plaintiffs' characterizations of their purported claim, to which no response is necessary.  To the extent a response is necessary, Tesla denies that Plaintiffs are entitled to injunctive relief, disgorgement, or any other relief.

313.    Paragraph 313 consists of Plaintiffs' characterizations of their purported claim, to which no response is necessary.  To the extent a response is necessary, Tesla denies that Plaintiffs are entitled to equitable relief.

314.    Paragraph 314 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 314.

Tesla states that no response is required to Plaintiffs' prayer for relief.  To the extent a response is required, Tesla denies that Plaintiffs or the putative class are entitled to the relief sought in the Complaint, or any relief at all.

315.    This jury demand consists of Plaintiffs' characterizations of their purported claims, to which no response is required.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof that it would not otherwise bear, Tesla reasserts, without limitation, all defenses raised in its Motion to Dismiss and other filings, whether or not separately re-pleaded herein.  Tesla also asserts the following affirmative and other defenses.  In listing the defenses below, Tesla does not knowingly or intentionally waive any defenses, including arguments about which issues fall within the Plaintiffs' burden of proof.  Tesla also reserves the right to rely on any affirmative or other defense or claim that may subsequently come to light, and expressly reserves the right to amend its Answer to assert such additional defenses or claims.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FIRST DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, by the four-year statute of limitations applicable to their claims under the Sherman Act. *See* 15 U.S.C. § 15b. Tesla's conduct underlying Plaintiffs' claims is alleged to have begun as early as 2003, more than four years before Plaintiffs filed their lawsuit. No tolling doctrine applies. Thus, Plaintiffs' claims for damages are barred by the statute of limitations.

## SECOND DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, by the equitable doctrine of laches. Tesla's conduct underlying Plaintiffs' claims is alleged to have begun as early as 2003, twenty years before Plaintiffs filed their lawsuit. Thus, Plaintiffs' claims for injunctive relief are barred by the equitable doctrine of laches.

## THIRD DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, by the doctrines of estoppel, waiver, and/or unclean hands, including to the extent that plaintiffs voluntarily continued to use Tesla's vehicles and services, including after learning of Tesla's allegedly anticompetitive conduct or after learning that Tesla vehicles and parts were allegedly different from customers' expectations.

## FOURTH DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because plaintiffs consented to the conduct alleged in the Complaint.

## FIFTH DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because the claims are subject to arbitration or another form of alternative dispute resolution.

## SIXTH DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because plaintiffs waived the right to participate in a class action.

**SEVENTH DEFENSE**

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because they seek to hold Tesla liable for engaging in conduct that is protected by the First Amendment and/or the *Noerr-Pennington* doctrine.

**EIGHTH DEFENSE**

Tesla's alleged activities do not give rise to antitrust liability, because notwithstanding any alleged adverse effects on competition, Tesla had a legitimate business justification for the alleged activities, which is apparent on the face of the complaint, and which Tesla intends to support through witness and expert testimony.  By asserting this defense, Tesla does not concede that it bears any burden of proof on any question of liability.


Dated:  July 15, 2024

/s/ Ari Holtzblatt
Ari Holtzblatt (SBN 354631)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

David Gringer (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com

David Marcus (SBN 158704)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312
david.marcus@wilmerhale.com

Allison Bingxue Que (SBN 324044)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000
allison.que@wilmerhale.com

Christopher C. Wheeler (SBN 224872)
FARELLA BRAUN + MARTELL LLP
One Bush Stret, Suite 900
San Francisco, California 94104
Telephone:  (415) 954-4979
cwheeler@fbm.com

*Attorneys for Defendant Tesla, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

/s/ Ari Holtzblatt
ARI HOLTZBLATT (SBN 354631)