| | |
|---|---|
| SAVERI & SAVERI, INC.<br>R. Alexander Saveri (SBN 173102)<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>rick@saveri.com<br><br>FREED KANNER LONDON & MILLEN LLC<br>Matthew W. Ruan (SBN 264409)<br>Douglas A. Millen (appearing pro hac vice)<br>Michael E. Moskovitz (appearing pro hac vice)<br>100 Tri-State International, Suite 128<br>Lincolnshire, IL 60069<br>Telephone: (224) 632-4500<br>mruan@fklmlaw.com<br>dmillen@fklmlaw.com<br>mmoskovitz@fklmlaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Ari Holtzblatt (SBN 354631)<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>Tel: (202) 663-6964<br>ari.holtzblatt@wilmerhale.com<br><br>David Gringer (*pro hac vice*)<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>Tel: (212) 230-8864<br>david.gringer@wilmerhale.com<br><br>David Marcus (SBN 158704)<br>350 S. Grand Ave., Suite 2400<br>Los Angeles, CA 90071<br>Tel: (213) 443-5312<br>david.marcus@wilmerhale.com<br><br>*Attorneys for Defendant Tesla, Inc.*<br><br>[Additional counsel listed on signature page] |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*,<br>　　　　　　　　　Plaintiff,<br>v.<br>TESLA, INC.,<br>　　　　　　　　　wDefendant. | Case No. 3:23-cv-1145-TLT-PHK<br><br>**JOINT STATUS REPORT PER COURT'S ORDER ON ESI PROTOCOL (ECF NO. 182)**<br><br>Discovery Dispute Assigned to Magistrate Judge: Hon. Peter H. Kang |

1

1    Pursuant to this Court's Order (ECF No. 182), Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Philomena Nana-Anyangwe, and Jason Pratti (collectively, "Plaintiffs") and Defendant Tesla, Inc., ("Tesla", together with Plaintiffs, the "Parties") jointly submit this JOINT STATUS REPORT regarding the Parties' pending dispute over ESI Protocol.

The Parties' lead trial counsel have met and conferred regarding this dispute, as required by this Court's Order (ECF No. 182) and in accordance with Section H.2 of this Court's Standing Order for Discovery. The Parties' lead trial counsel met over videoconference on August 2, 2024 and August 13, 2024. An in-person meeting was not required because lead counsel were not located in the geographic region of the Northern District of California during the time period prior to the deadline for the meet and confer, and were not otherwise located within 100 miles of each other during this time period.

As a result of these meetings and subsequent correspondence, the Parties have resolved all remaining disputes and reached an agreement on an ESI Protocol, and therefore jointly withdraw the discovery disputes that are the subject of their Joint Discovery Letter Brief (ECF No. 180). Subject to the Court's further guidance (*see* ECF No. 182), the parties will file by August 23, 2024 the mutually agreed-upon ESI Protocol, along with an accompanying declaration, pursuant to Section F of this Court's Standing Order for Discovery.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 16th, 2024 | */s/ Ari Holtzblatt* |
| 3 | | Ari Holtzblatt (SBN 354631)<br>**WILMER CUTLER PICKERING** |
| | | **HALE AND DORR LLP** |
| 4 | | 2100 Pennsylvania Ave. NW<br>Washington, DC 20037 |
| 5 | | Tel: (202) 663-6964<br>ari.holtzblatt@wilmerhale.com |
| 6 | | |
| 7 | | David Gringer (*pro hac vice*)<br>**WILMER CUTLER PICKERING** |
| | | **HALE AND DORR LLP** |
| 8 | | 7 World Trade Center<br>250 Greenwich Street |
| 9 | | New York, New York 10007<br>Tel: (212) 230-8864 |
| 10 | | david.gringer@wilmerhale.com |
| 11 | | David Marcus (SBN 158704)<br>**WILMER CUTLER PICKERING** |
| 12 | | **HALE AND DORR LLP**<br>350 S. Grand Ave., Suite 2400 |
| 13 | | Los Angeles, CA 90071<br>Tel: (213) 443-5312 |
| 14 | | david.marcus@wilmerhale.com |
| 15 | | Allison Bingxue Que (SBN 324044)<br>**WILMER CUTLER PICKERING** |
| 16 | | **HALE AND DORR LLP**<br>2600 El Camino Real, Suite 400 |
| 17 | | Palo Alto, California 94306<br>Tel: (650) 858-6000 |
| 18 | | allison.que@wilmerhale.com |
| 19 | | Christopher C. Wheeler (SBN 224872)<br>**FARELLA BRAUN + MARTEL LLP** |
| 20 | | One Bush Street, Suite 900<br>San Francisco, California 94104 |
| 21 | | Telephone:  (415) 954-4979<br>cwheeler@fbm.com |
| 22 | | |
| 23 | | *Attorneys for Defendant Tesla, Inc.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

JOINT STATUS REPORT PER COURT'S ORDER ON ESI PROTOCOL
CASE NO. 23-CV-01145-TLT-PHK

Dated: August 16th, 2024

/s/ *Matthew W. Ruan*
Matthew W. Ruan (SBN 264409)
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

Douglas A. Millen
Michael E. Moskovitz
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
923 Fayette Street
Conshohocken, Pennsylvania 19428
Telephone: (610) 234-6486

kjustice@fklmlaw.com

*Interim Lead Counsel for the Proposed Class*

R. Alexander Saveri (SBN 173102)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com

*Interim Liaison Counsel for the Proposed Class*

Stuart G. Gross (SBN 251019)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 671-4628, ext.10
sgross@grossklein.com

Richard D. McCune
David C. Wright
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Tel: (909) 557-1250
rdm@mccunewright.com
dcw@mccunewright.com

Derek Y. Brandt
Leigh M. Perica
Connor P. Lemire
**McCUNE LAW GROUP, McCUNE WRIGHT AREVALO VERCOSKI KUSEL WECK BRANDT, APC**
231 North Main Street, Suite 20
Edwardsville, IL 62025
Tel: (618) 307-6116
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

Jill M. Manning (State Bar No. 178849)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
jmanning@pwfirm.com

Daniel L. Warshaw (State Bar No. 185365)
Michael H. Pearson (State Bar No. 277857)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
mpearson@pwfirm.com

Jon A. Tostrud (State Bar No. 199502)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 278-2640
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com


Brian P. Murray
Lee Albert
**GLANCY PRONGAY & MURRAY, LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
bmurray@glancylaw.com
lalbert@glancylaw.com

Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., N.W., Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
bfinley@cuneolaw.com

Matthew S. Weiler (SBN 236052)

**SCHNEIDER WALLACE COTTRELL KONECKY, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com


Michelle C. Clerkin
**SPIRO HARRISON & NELSON**
228 Park Avenue South
New York, NY 10003
Telephone: (917) 634-2244
mclerkin@shnlegal.com

Peggy Wedgeworth
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
100 Garden City Plaza
Garden City, NY 11530
Telephone: (646) 515-1269
pwedgeworth@milberg.com

Arthur Stock
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
astock@milberg.com

Brian D. Clark
Kyle Pozan
Eura Chang
Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
kjpozan@locklaw.com
echang@locklaw.com
sjteti@locklaw.com

JOINT STATUS REPORT PER COURT'S ORDER ON ESI PROTOCOL
CASE NO. 23-CV-01145-TLT-PHK

William G. Caldes
Jeffrey J. Corrigan
Icee N. Etheridge
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
BCaldes@srkattorneys.com
JCorrigan@srkattorneys.com
IEtheridge@srkattorneys.com


Garrett D. Blanchfield
Brant D. Penney
**REINHARDT WENORD & BLANCHFIELD**
First National Bank Building, Suite W1050
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100
g.blanchfield@rwblawfirms.com
b.penney@rwblawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

8

JOINT STATUS REPORT PER COURT'S ORDER ON ESI PROTOCOL
CASE NO. 23-CV-01145-TLT-PHK

**ATTORNEY ATTESTATION**

I, Ari Holtzblatt, am the ECF User whose ID and password are being used to file this joint status report.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each signatory.

Dated:  August 16, 2024                                                By:     */s/ Ari Holtzblatt*
                                                                                                   Ari Holtzblatt