1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

VIRGINIA M. LAMBRIX, *et al*., individually and on behalf of all others similarly situated,

12

Plaintiffs,

13

14

v.

15

TESLA, INC.,

16

Defendant.

17

Case No. 3:23-cv-1145-TLT (Lead Case)
Case No. 3:23-cv-1496-TLT
Case No. 3:23-cv-1543-TLT
Case No. 3:23-cv-2035-TLT
Case No. 3:23-cv-2352-TLT

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIV RELIEF REGARDING SCHEDULING**

Judge:      Honorable Trina L. Thompson

18

19

20

21

22

23

24

25

26

27

28

This matter came before the undersigned Honorable Trina L. Thompson of the above-entitled Court upon the Joint Motion Pursuant to Civil Local Rule 7-11 for an Order Amending the Revised Case Management and Scheduling Order (the "Joint Motion"). The Court having considered the Joint Motion and all papers filed concerning the Joint Motion, all other pertinent documents and pleadings filed in this action, and good cause having been shown,

NOW, therefore, it is hereby ORDERED and DECREED:

1.      The Joint Motion is hereby GRANTED.

2.      The deadlines reflected in the Revised Case Management and Scheduling Order (Dkt. 167, 170) are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Verified Response to Plaintiffs' Interrogatory No. 1 to Tesla (seeking information re: Tesla's databases) | N/A | October 28, 2024 |
| Substantial Completion of Production of Transactional Data Responsive to Plaintiffs' RFP 24 to Tesla | N/A | December 16, 2024 |
| Substantial Completion of Production of Documents Responsive to All Other RFPs in Plaintiffs' and Tesla's First Set of Requests for Production | October 1, 2024<br><br>October 29, 2024 (if needed) | January 15, 2025 |
| Class Certification Expert Reports<br>- Opening Report (Plaintiffs)<br>- Opposing Report (Tesla)<br>- Rebuttal Reports | December 20, 2024<br>January 27, 2025<br>February 24, 2025 | March 21, 2025<br>April 28, 2025<br>May 26, 2025 |
| Motion for Class Certification<br>- Motion (Plaintiffs)<br>- Opposition (Tesla)<br>- Reply (Plaintiffs)<br>- Hearing | March 10, 2025<br>April 10, 2025<br>May 1, 2025<br>June 10, 2025 | June 11, 2025<br>July 11, 2025<br>Aug. 1, 2025<br>September 9, 2025 |
| Fact Discovery Cut-Off | July 25, 2025 | October 24, 2025 |
| ADR | November 24, 2025 | November 24, 2025 |

1

| | | |
|---|---|---|
| Merits Expert Reports<br> -    Opening reports (Plaintiffs)<br> -    Rebuttal reports (Tesla) | September 2, 2025<br>October 20, 2025 | December 5, 2025<br>January 23, 2026 |
| Expert Discovery Cut-Off | November 10, 2025 | February 13, 2026 |
| Dispositive Motions<br> -    Motions<br> -    Oppositions<br> -    Replies<br> -    Hearing | November 24, 2025<br>December 19, 2025<br>January 16, 2026<br>February 17, 2026 | February 23, 2026<br>March 20, 2026<br>April 16, 2026<br>May 19, 2026 |
| Final Pretrial Conference<br> -    Joint Pretrial statement | May 21, 2026<br>April 27, 2026 | August 20, 2026<br>July 24, 2026 |
| Trial Date | June 15, 2026 | September 14, 2026 |

IT IS SO ORDERED.

Dated: _____, 2024

_____
The Honorable Trina L. Thompson
United States District Judge