1  David Gringer (*pro hac vice*)
   **WILMER HALE CUTLER PICKERING & DORR LLP**
2  7 World Trade Center
   250 Greenwich Street
3  New York, New York 10007
   Telephone: (212) 230-8864

4  *Counsel for Defendant Tesla, Inc.*

5  Matthew W. Ruan (SBN 264409)
6  **FREED KANNER LONDON & MILLEN LLC**
   100 Tri-State International, Suite 128
7  Lincolnshire, IL 60069
   Telephone: (224) 632-4500
8  mruan@fklmlaw.com

9  *Counsel for Plaintiffs and the Proposed Class*

10             **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13 | VIRGINIA M. LAMBRIX, *et al.*, on behalf of | Case No. 3:23-cv-1145-TLT (Lead Case)
   | themselves and all others similarly situated, | Case No. 3:23-cv-1496-TLT
14 |                                          | Case No. 3:23-cv-1543-TLT
   |             Plaintiffs,                   | Case No. 3:23-cv-2035-TLT
15 |                                          | Case No. 3:23-cv-2352-TLT
   |    v.
16 |                                          | **STIPULATION AND [PROPOSED]**
   | TESLA, INC.,                             | **ORDER TERMINATING COURT-**
17 |                                          | **MEDIATION REFERRAL AND**
   |             Defendant.                    | **REFERRING CASES TO PRIVATE**
18 |                                          | **ADR**

19                                             Judge:    Hon. Trina L. Thompson

20

21

22

23

24

25

26

27

28

1    Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Sean Bose, Patrick Doyle, Philomena Nana-

2    Anyangwe, and Jason Pratti in the above-captioned cases (collectively, "Plaintiffs") and Defendant Tesla,

3    Inc. ("Tesla," together with Plaintiffs, the "Parties"),[1] by and through their undersigned counsel, hereby

4    stipulate as follows:

5    WHEREAS, on November 15, 2023, the Parties filed a Stipulation and [Proposed] Order

6    Selecting ADR Process selecting Mediation under ADR L.R. 5 (Dkt. 120), which was entered that same

7    day by the Court (Dkt. 121) and the case was referred to mediation;

8    WHEREAS, on July 18, 2024, the ADR Clerk set an ADR Phone Conference for December 2,

9    2024 for this case (Dkt. 176) and a few other cases that had been consolidated with this case (3:23-cv-

10   01496-TLT, Dkt. 41; 3:23-cv-02035-TLT, Dkt. 40; and 3:23-cv-02352-TLT, Dkt. 33);

11   WHEREAS, on September 26, 2024, the Court entered a Minute Entry for proceedings held

12   before the Court via Zoom on September 26, 2024 which, among other things, ordered the Parties to

13   select a mediator and schedule and notify the Court not later than November 7, 2024 (Dkt. 191);

14   WHEREAS, on September 26, 2024, the Court referred this case to Private ADR;

15   WHEREAS, on November 7, 2024, the Parties filed a Joint Notice Regarding Selection of

16   Mediator (Dkt. 196) notifying the Court that the Parties intended to conduct the Court-ordered mediation

17   for the lead case in this matter, Case No. 23-CV-01145-TLT-PHK, in front of the Honorable Layn

18   Phillips;

19   WHEREAS, on November 8, 2024, in light of the Parties' Joint Notice Regarding Selection of

20   Mediator, the Court took off the calendar the ADR Phone Conference originally scheduled for December

21   2, 2024 (Dkt. 198);

22   WHEREAS, on December 2, 2024, ADR Case Administrator Alice M. Fiel emailed the Parties

23   asking them to confirm their intent to pursue private mediation in front of the Honorable Layn Phillips

24   with respect to each of the consolidated cases and not just the lead case (*i.e.*, Case Nos. 3:23-cv-01496-

25   TLT, 3:23-cv-01543-TLT, 3:23-cv-02035-TLT, and 3:23-cv-02352-TLT);

26   ───────────────
[1] Other named plaintiffs in these cases have been compelled to arbitration. Case 3:23-cv-2352-TLT no
27   longer has a named plaintiff.

28   STIPULATION AND [PROPOSED] ORDER TERMINATING COURT-MEDIATION REFERRAL
     AND REFERRING CASES TO PRIVATE ADR
     Case No. 3:23-cv-1145-TLT (Lead Case)

WHEREAS, on December 2, 2024, the Parties confirmed their intent to pursue private mediation in front of the Honorable Layn Phillips with respect to not only the lead case (Case No. 23-CV-01145-TLT-PHK ) but also as to each of the consolidated cases: Case Nos. 3:23-cv-01496-TLT, 3:23-cv-01543-TLT, 3:23-cv-02035-TLT, and 3:23-cv-02352-TLT;

WHEREAS, on December 3, 2024, ADR Case Administrator Alice M. Fiel emailed the Parties and requested that they file a further stipulation clarifying their intent to have each of the consolidated cases jointly mediated private in front of the Honorable Layn Phillips, referring the cases to private ADR, and terminating the court-mediation referral.

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1.    The following cases will be privately mediated before the Honorable Layn Phillips:
   -    Case No. 3:23-cv-1145-TLT (Lead Case);
   -    Case No. 3:23-cv-1496-TLT;
   -    Case No. 3:23-cv-1543-TLT;
   -    Case No. 3:23-cv-2035-TLT;
   -    Case No. 3:23-cv-2352-TLT.

2.    The above-referenced cases are all hereby referred to private ADR.

3.    Any pending court-mediation referrals with respect to the above-referenced cases are hereby terminated.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    Decebmer 4, 2024

_____
HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

Dated: December 3, 2024          By:    _/s/ David Gringer_____
                                        David Gringer (*pro hac vice*)
                                        **WILMER HALE CUTLER PICKERING & DORR LLP**
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, New York 10007
                                        Telephone: (212) 230-8864

                                        *Counsel for Defendant Tesla, Inc.*

Dated: December 3, 2024          By:    _/s/ Matthew W. Ruan_____
                                        Matthew W. Ruan (SBN 264409)
                                        **FREED KANNER LONDON & MILLEN LLC**
                                        100 Tri-State International, Suite 128
                                        Lincolnshire, IL 60069

                                        *Interim Lead Counsel for the Proposed Class*

---

3

STIPULATION AND [PROPOSED] ORDER TERMINATING COURT-MEDIATION REFERRAL
AND REFERRING CASES TO PRIVATE ADR
Case No. 3:23-cv-1145-TLT (Lead Case)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Matthew W. Ruan, hereby attest, pursuant to United States District Court, Northern District of California Civil Local Rule 5-1(i)(3), that each of the other Signatories have concurred in the filing of this document.

By:    */s/ Matthew W. Ruan*

Matthew W. Ruan

STIPULATION AND [PROPOSED] ORDER TERMINATING COURT-MEDIATION REFERRAL
AND REFERRING CASES TO PRIVATE ADR
Case No. 3:23-cv-1145-TLT (Lead Case)