ARI HOLTZBLATT (SBN 354631)
ari.holtzblatt@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964

ALLISON BINGXUE QUE (SBN
324044)
allison.que@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000

DAVID GRINGER (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864

DAVID MARCUS (SBN 158704)
david.marcus@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312

*Attorneys for Defendant Tesla, Inc.*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGINIA M. LAMBRIX, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>**DEFENDANT TESLA, INC.'S ANSWER TO THE THIRD CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. Trina L. Thompson |

1    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Defendant Tesla, Inc.

2  ("Tesla"), by and through its undersigned counsel, hereby answers and asserts affirmative defenses

3  as follows to Plaintiffs Virginia M. Lambrix, Anthony Adjuder, Patrick Doyle, Adriana Ferreira,

4  Philomena Nana-Anyangwe, Jason Pratti, and Connor Shore ("Plaintiffs")'s Third Consolidated

5  Amended Class Action Complaint (ECF No. 226, "Complaint"), dated February 18, 2025.  Tesla

6  reserves the right to amend this answer or to assert other defenses as this action proceeds.  Except

7  as expressly admitted, qualified, or otherwise answered here, Tesla denies each and every

8  allegation and assertion in the Complaint.  To the extent the paragraphs in the Complaint are

9  grouped under headings and sub-headings, Tesla responds generally that such headings and sub-

10  headings (which are not repeated below) state unsupported legal conclusions as to which no

11  response is required.  To the extent a response is necessary, Tesla denies each heading and sub-

12  heading in the Complaint and incorporates by reference this response in each paragraph below as

13  if fully set forth herein.  To the extent Tesla responds that a document speaks for itself, or refers

14  the Court to a document for a complete and accurate description of its contents, such assertions

15  shall not be deemed to be an admission that the contents of any such document are truthful,

16  accurate or complete.  Any allegations contained in the Complaint that state a legal argument or

17  conclusion do not require a response and, to the extent a response is required, such allegations are

18  denied.  Tesla generally denies any averments in the Complaint's unnumbered paragraphs, graphs,

19  footnotes, and prayer for relief.  Tesla denies any characterization, including bolding, italics or

20  paraphrasing of any alleged statement or that is not a quote of the actual complete statements in

21  context.  Based on all of the foregoing, as well as specifically enumerated herein, Tesla denies that

22  Plaintiff is entitled to any relief whatsoever.  Subject to the foregoing, Tesla answers as follows.

23    The paragraph preceding the allegations does not require a response.  To the extent a

24  response is required, Tesla admits that Plaintiffs brings this Complaint against Tesla.  To the extent

25  this paragraph incorporates the allegations below, Tesla refers the Court to Tesla's answer to each

26  and every allegation below.

27

28

## ANSWERS TO SPECIFIC ALLEGATIONS

1.      Paragraph 1 consists of Plaintiffs' characterizations of their purported claims, to which no response is necessary.  To the extent a response is necessary, Tesla denies the allegations in Paragraph 1.

2.      Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2, and on that basis denies the allegations.

3.      Tesla admits that Tesla vehicle owners can use the Tesla app to schedule a service appointment with a Tesla Service Center.  Tesla denies the remaining allegations in Paragraph 3.

4.      Paragraph 4 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 4.  To the extent Paragraph 4 characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those policies speak for themselves, and Tesla respectfully refers the Court to those warranties and policies for complete and accurate statements of their contents.

5.      Paragraph 5 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 5.

6.      Paragraph 6 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 6.

7.      Paragraph 7 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 7.

8.      Paragraph 8 contains legal conclusions to which no response is required.  To the extent this paragraph can be construed as Plaintiffs continuing to seek damages or monetary damages for themselves or members of the putative class in this case, Tesla states that Plaintiffs have expressly represented that this Third Amended Complaint was intended not to seek damages and on that basis Tesla denies the allegations in Paragraph 8.  (Consent Motion for Leave to File Third Consolidated Class Action Complaint, ECF No. 223 at 2).  To the extent an additional response is required, Tesla denies the allegations in Paragraph 8.

9.      Tesla admits that Plaintiff Lambrix purchased a new 2016 Tesla Model S from Tesla.  Tesla further admits that around early January 2023, Plaintiff Lambrix contacted Tesla

about issues with her vehicle and attempted to schedule an appointment. Tesla admits that Plaintiff Lambrix has paid Tesla for various repair services between December 2020 and January 2023. Tesla lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9, and on that basis denies those allegations.

10. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10, and on that basis denies the allegations.

11. Tesla admits that Plaintiff Adjuder's 2014 Telsa Model S was serviced at a Tesla Service Center. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 11, and on that basis denies those allegations.

12. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and on that basis denies the allegations.

13. Tesla admits that Plaintiff Doyle's 2015 Tesla Model S vehicle was serviced six times at a Tesla Service Center between December 2022 and March 2023. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 15, and on that basis denies those allegations.

14. Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14, and on that basis denies the allegations.

15. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 15.

16. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 16.

17. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 17.

18. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 18.

19. Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 19.

20.     Tesla admits that Plaintiff Nana-Anyangwe purchased a new 2016 Tesla Model S from Tesla.  Tesla admits that Plaintiff Nana-Anyangwe's vehicle was serviced at different Tesla Service Centers on multiple occasions and that three repairs to door handles were performed. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 20, and on that basis denies those allegations.

21.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21, and on that basis denies the allegations.

22.     Tesla admits that Plaintiff Pratti's 2018 Tesla Model S vehicle was serviced at a Tesla Service Center in Delray Beach, Florida in May 2023 and that the battery was replaced. Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 22, and on that basis denies those allegations.

23.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies the allegations.

24.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 24.

25.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 25.

26.     Pursuant to the Stipulation and Order re Arbitration (ECF No. 144), no response is required as to the allegations in Paragraph 26.

27.     Tesla admits that it is a multinational automotive and clean generation and storage corporation founded in California in 2003 that designs, develops, manufactures and sells fully electric vehicles and other clean energy products.  Tesla admits that it moved its headquarters to Austin, Texas in 2021 and maintains a manufacturing facility in Fremont, California that produces Model S, Model X, Model 3 and Model Y vehicles.  To the extent Paragraph 27 purports to characterize, quote from, or summarize a document published by CarandDriver.com, pages on Tesla's website, and an October 8, 2021 article published by Ars Technica, those documents and webpage speak for themselves, and Tesla respectfully refers the Court to those documents for

1    complete and accurate recitations of their contents.   Tesla otherwise denies the remaining

2    allegations in Paragraph 27.

3        28.    To the extent Paragraph 28 purports to characterize, quote from, or summarize a

4    February 22, 2023 article published by CNBC, that article speaks for itself, and Tesla respectfully

5    refers the Court to that article for a complete and accurate recitation of its contents.

6        29.    Tesla admits that it manufactures certain components of its electric vehicles, such

7    as battery packs, and that it also purchases certain components from suppliers worldwide,

8    including single-source suppliers.  To the extent Paragraph 29 purports to characterize, quote from,

9    or summarize contracts between component suppliers and Tesla, an article published by

10   Investopedia.com (updated June 9, 2024), and a Tesla Motors, Inc. 2015 Form 10-K, those sources

11   speak for themselves, and Tesla respectfully refers the Court to those documents for complete and

12   accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 29.

13       30.    Tesla admits that it manufactures electric vehicles and specific parts for electric

14   vehicles.  Tesla further admits that it operates Tesla Service Centers across the United States, 47

15   of which are currently located in California.  To the extent Paragraph 30 purports to characterize,

16   quote from, or summarize a page from Tesla's website, that source speaks for itself, and Tesla

17   respectfully refers the Court to that document for a complete and accurate recitation of its contents.

18       31.    Paragraph 31 contains legal conclusions to which no response is required.  To the

19   extent a response is required, Tesla denies the allegations in Paragraph 31.

20       32.    Paragraph 32 contains legal conclusions to which no response is required.  To the

21   extent a response is required, Tesla denies the allegations in Paragraph 32.

22       33.    Paragraph 33 contains legal conclusions to which no response is required.

23       34.    To the extent Paragraph 34 purports to characterize, quote from, or summarize an

24   article published on NBCDFW's website, that website speaks for itself, and Tesla respectfully

25   refers the Court to that website for a complete and accurate recitation of its contents.  Paragraph

26   34 also contains legal conclusions to which no response is required.  Tesla does not contest

27   personal jurisdiction for the purposes of this matter.  Tesla denies the remaining allegations in

28

1    Paragraph 34.  To the extent Paragraph 34 purports to incorporate or summarize any allegations

2    below, Tesla refers the Court to Tesla's answer to those allegations.

3          35.    Paragraph 35 contains legal conclusions to which no response is required.  Tesla

4    does not contest venue for the purposes of this matter.  Tesla denies the remaining allegations in

5    Paragraph 35.

6          36.    Paragraph 36 contains legal conclusions to which no answer is required.  To the

7    extent a response is required, for purposes of the current action, Tesla does not contest that this

8    action is properly assigned to the San Francisco Division of this District.

9          37.    Paragraph 37 contains legal conclusions to which no answer is required.  To the

10    extent a response is required, Tesla lacks knowledge or information sufficient to form a belief

11    about the truth of the allegations in Paragraph 37, and on that basis denies the allegations.

12          38.    To the extent Paragraph 38 purports to characterize, quote from, or summarize a

13    May 10, 2022 article published by Kelly Blue Book's Media Room and a January 24, 2017 article

14    published in the Journal of the Association of Environmental & Resource Economists, those

15    articles speak for themselves, and Tesla respectfully refers the Court to those documents for a

16    complete and accurate recitation of their contents.  Tesla otherwise lacks knowledge or information

17    sufficient to form a belief about the truth of the allegations in Paragraph 38, and on that basis

18    denies the allegations.

19          39.    To the extent Paragraph 39 purports to characterize, quote from, or summarize a

20    September 30, 2022 article published by the Visual Capitalist.com, that article speaks for itself,

21    and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its

22    contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the

23    truth of the allegations in Paragraph 39, and on that basis denies the allegations.

24          40.    Tesla admits that it sells a Wall Connector compatible for Tesla vehicles and that it

25    owns and operates the largest, global, fast charging network in the world with Tesla Superchargers.

26    To the extent Paragraph 40 purports to characterize, quote from, or summarize a June 2023 article

27    published by GreenCars.com, that article speaks for itself, and Tesla respectfully refers the Court

28    to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks

1    knowledge or information sufficient to form a belief about the truth of the remaining allegations
2    in Paragraph 40, and on that basis denies those allegations.

3        41.    To the extent Paragraph 41 purports to characterize, quote from, or summarize a
4    June 2023 article published by GreenCars.com, that article speaks for itself, and Tesla respectfully
5    refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise
6    lacks knowledge or information sufficient to form a belief about the truth of the allegations in
7    Paragraph 41, and on that basis denies the allegations.

8        42.    To the extent Paragraph 42 purports to characterize, quote from, or summarize a
9    February 8, 2021 article published by UtilityDive.com, that article speaks for itself, and Tesla
10   respectfully refers the Court to that article for a complete and accurate recitation of its contents.
11   Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the
12   allegations in Paragraph 42, on that basis denies the allegations.

13       43.    To the extent Paragraph 43 purports to characterize, quote from, or summarize an
14   article published by the Energy Institute at Haas blog, that article speaks for itself, and Tesla
15   respectfully refers the Court to that article for a complete and accurate recitation of its contents.
16   Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the
17   allegations in Paragraph 43, and on that basis denies the allegations.

18       44.    To the extent Paragraph 44 purports to characterize, quote from, or summarize a
19   February 25, 2022 article published by the RealSimple.com and a January 22, 2020 article
20   published by the American Automobile Association, those articles speak for themselves, and Tesla
21   respectfully refers the Court to those documents for a complete and accurate recitation of their
22   contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the
23   truth of the allegations in Paragraph 44, and Tesla on that basis denies the allegations.

24       45.    Paragraph 45 contains legal conclusions to which no response is required.  To the
25   extent a response is required, Tesla lacks knowledge or information sufficient to form a belief
26   about the truth of the allegations in Paragraph 45, and on that basis denies the allegations.

27       46.    To the extent Paragraph 46 purports to characterize, quote from, or summarize a
28   December 29, 2021 article published by CNBC, a June 27, 2022 article published by the Business

Insider, an article published by GetJerry, and a March 16, 2022 article published by CNN Business, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents. Paragraph 46 contains legal conclusions to which no response is required. To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and on that basis denies the allegations.

47. To the extent Paragraph 47 purports to characterize, quote from, or summarize a July 6, 2023 article published by Electrek.co and a July 10, 2023 article published by Reuters, those articles speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents. Paragraph 47 contains legal conclusions to which no response is required. To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47, and on that basis denies the allegations.

48. To the extent Paragraph 48 purports to characterize, quote from, or summarize a Tesla 2021 Form 10-K, that filing speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents. Paragraph 48 contains legal conclusions to which no response is required. To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 48, and on that basis denies those allegations.

49. To the extent Paragraph 49 purports to characterize, quote from, or summarize a March 1, 2022 article published by Reuters, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents. Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and on that basis denies the allegations.

50. To the extent Paragraph 50 purports to characterize, quote from, or summarize an article published by StanleyEngineeredFastening.com, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

1    Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the

2    allegations in Paragraph 50, and on that basis denies the allegations.

3        51.    Tesla admits that it manufactures the Tesla Model 3, Model Y, Model S, and Model

4    X vehicles.  To the extent Paragraph 51 purports to characterize, quote from, or summarize a

5    February 16, 2021 article published by Electrek.co and a January 9, 2023 article published by

6    Electrek.co, those articles speak for themselves, and Tesla respectfully refers the Court to those

7    documents for a complete and accurate recitation of their contents.  Paragraph 51 otherwise

8    contains legal conclusions to which no response is required.  To the extent a response is required,

9    Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining

10   allegations in Paragraph 51, and on that basis denies those allegations.

11       52.    Paragraph 52 contains legal conclusions to which no response is required.  To the

12   extent a response is required, Tesla denies the allegations in Paragraph 52.

13       53.    Paragraph 53 contains legal conclusions to which no response is required.  To the

14   extent a response is required, Tesla denies the allegations in Paragraph 55.

15       54.    Paragraph 54 contains legal conclusions to which no response is required.  To the

16   extent a response is required, Tesla denies the allegations in Paragraph 54.

17       55.    Paragraph 55 contains legal conclusions to which no response is required.  To the

18   extent a response is required, Tesla denies the allegations in Paragraph 55.

19       56.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

20   the allegations in Paragraph 56, and on that basis denies the allegations.

21       57.    Tesla admits that owners of Tesla vehicles have the option to bring their Tesla

22   vehicle to a service provider who specializes in the maintenance and repair of Tesla vehicles.  Tesla

23   denies the remaining allegations in Paragraph 57.

24       58.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

25   the allegations in Paragraph 58, and on that basis denies the allegations.

26       59.    To the extent Paragraph 59 purports to characterize, quote from, or summarize

27   information published on a page on Tesla's website, that website speaks for itself, and Tesla

28

1  respectfully refers the Court to that website for a complete and accurate recitation of its contents.

2  Tesla otherwise denies the allegations in Paragraph 59.

3      60.    Tesla denies the allegations in Paragraph 60.

4      61.    Tesla denies the allegations in Paragraph 61.

5      62.    Tesla denies the allegations in Paragraph 62.

6      63.    Tesla admits that Tesla vehicle owners can use the Tesla app to schedule a service

7  appointment either with a Tesla Service Center or with a Tesla Mobile Service Technician to

8  perform a Tesla Mobile Service appointment at a convenient location of the Tesla vehicle owner's

9  choosing.  Tesla further admits that a Tesla Service Technician can perform services on Tesla

10  vehicles.  To the extent Paragraph 63 purports to characterize, quote from, or summarize

11  information published on a page on Tesla's website, that website speaks for itself, and Tesla

12  respectfully refers the Court to that website for a complete and accurate recitation of its contents.

13      64.    Tesla admits that Tesla vehicle owners can use Tesla Service Centers, Tesla

14  Collision Centers, Tesla-Approved Collision Centers, and Tesla-Preferred Collision Centers to

15  obtain repair services.  Tesla further admits that Tesla Collision Centers are owned and operated

16  by Tesla and that Tesla Approved Collision Centers are independently owned and operated.  To

17  the extent Paragraph 64 purports to characterize, quote from, or summarize information published

18  on a page on Tesla's website, that website speaks for itself, and Tesla respectfully refers the Court

19  to that website for a complete and accurate recitation of its contents.  Tesla denies the remaining

20  allegations in Paragraph 64.

21      65.    Tesla admits that Tesla vehicle owners can use Tesla Service Centers, Tesla

22  Collision Centers, Tesla-Approved Collision Centers, and Tesla-Preferred Collision Centers to

23  obtain repair services.  Tesla denies the remaining allegations in Paragraph 65.

24      66.    Paragraph 66 contains legal conclusions to which no response is required.  To the

25  extent a response is required, Tesla denies the allegations in Paragraph 66.

26      67.    Paragraph 67 contains legal conclusions to which no response is required.  To the

27  extent a response is required, Tesla denies the allegations in Paragraph 67.

28

68.    Paragraph 68 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 68.

69.    Paragraph 69 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 69.

70.    Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles.  Paragraph 70 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 70.

71.    Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles.  Tesla denies the allegations in Paragraph 71.

72.    Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 72.

73.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73, and on that basis denies the allegations.

74.    Paragraph 74 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74, and on that basis denies the allegations.

75.    To the extent Paragraph 75 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations.  Paragraph 75 also contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 75.

76.    Paragraph 76 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 76.

77.    Paragraph 77 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 77.

78.    Paragraph 78 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 78.

79.    Paragraph 79 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 79.

80.     To the extent Paragraph 80 purports to characterize, quote from, or summarize an article from Rivian.com, an owner's manual from LucidMotors.com, a manual from Polestar.com, and a manual from Fiskerinc.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Paragraph 80 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80, and on that basis denies the allegations.

81.     Tesla admits that parts compatible with Tesla vehicles can be used to repair and maintain Tesla vehicles.  Paragraph 81 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the remaining allegations in Paragraph 81.

82.     Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82, and on that basis denies the allegations.

83.     Tesla admits that its sales have increased since it began producing and delivering vehicles.  Tesla also admits that it has Tesla Service Centers located in 37 states in the United States.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in the third sentence of Paragraph 83.  Tesla denies the remaining allegations in Paragraph 83.

84.     Tesla denies the allegations in Paragraph 84.

85.     To the extent Paragraph 85 purports to characterize, quote from, or summarize a July 24, 2023 article from Autoblog.com, that source speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Paragraph 85 also contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 85.

86.     Tesla admits that it has provided the public access to its service manuals, diagnostics software, and electronic parts catalog.  Tesla denies the remaining allegations in Paragraph 86.

87.    To the extent Paragraph 87 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations.  Paragraph 87 also contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 87.

88.    Tesla admits that independent service providers have access to software called Toolbox that is used to perform service and maintenance on Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 88.

89.    Tesla admits that, beginning in 2018, it provided the public access to its parts catalog, and that to make purchases or view prices in the catalog, one must create an account with service.tesla.com.  Tesla further admits that some parts are labeled in the catalog as "Over-the-Counter," "Not for Resale," or "Restricted."  Tesla denies the remaining allegations in Paragraph 89.

90.    Tesla admits that its parts catalog is accessible online.  Tesla further admits that the purchase of certain parts in Tesla's parts catalog requires the purchaser to provide a VIN number before the parts can be sold.  Tesla denies the remaining allegations in Paragraph 90.

91.    Tesla denies the allegations in Paragraph 91.

92.    To the extent Paragraph 92 purports to characterize, quote from, or summarize information published on pages on Tesla's website, those pages speak for themselves, and Tesla respectfully refers the Court to those webpages for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 92.

93.    To the extent Paragraph 93 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answer to those allegations.  To the extent Paragraph 93 purports to characterize, quote from, or summarize public statements referenced in any allegations above, the above-referenced public statements speak for themselves, and Tesla respectfully refers the Court to the public statements referenced in the allegations above for complete and accurate recitations of their contents. Tesla otherwise denies the allegations in Paragraph 93.

94.    To the extent Paragraph 94 purports to incorporate or summarize any allegations below, Tesla refers the Court to Tesla's answers to those allegations.  Tesla otherwise denies the allegation in Paragraph 94.

95.    Tesla denies the allegations in Paragraph 95.

96.    Paragraph 96 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations.

97.    Tesla admits that certain Tesla leases have early termination fees.  Tesla further admits that the purchase of a Tesla is often financed.  To the extent Paragraph 97 purports to characterize, quote from, or summarize information published on pages on Tesla's website, those webpages speak for themselves, and Tesla respectfully refers the Court to those webpages for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 97.

98.    To the extent Paragraph 98 purports to characterize, quote from, or summarize a July 11, 2023 article published by Electrek.co and a July 24, 2023 article published by Autoblog.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles for complete and accurate recitations of their contents.  Tesla otherwise denies the allegations in Paragraph 98.

99.    Tesla admits that Tesla vehicle owners have the option to purchase a variety of vehicle accessories for their Tesla vehicles.  Tesla admits that many Tesla vehicle owners purchase level 2 chargers to charge their vehicles at home.  Tesla further admits that the Tesla Wall Connector requires installation by a qualified electrician.  Tesla further admits that Tesla vehicles use an SAE J3400 charging standard.  To the extent Paragraph 99 purports to characterize, quote from, or summarize commentary for Reddit.com, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.  Tesla denies the remaining allegations in Paragraph 99.

100.    To the extent Paragraph 100 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answers to those allegations.  Paragraph 100 also contains

1  legal conclusions to which no response is required.  To the extent a response is required, Tesla

2  denies the allegations in Paragraph 100.

3          101.    Tesla denies the allegations in Paragraph 101.

4          102.    Tesla admits that Tesla vehicles are designed to, and in fact do, operate for many

5  years.  Tesla otherwise denies the allegations in Paragraph 102.

6          103.    Tesla denies the allegations in Paragraph 103.

7          104.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

8  the allegations in the first sentence of Paragraph 104, and on that basis denies the allegations.  Tesla

9  otherwise denies the allegations in Paragraph 104.

10         105.    Paragraph 105 contains legal conclusions to which no response is required.  To the

11  extent a response is required, Tesla denies the allegations in Paragraph 105.

12         106.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

13  the allegations in Paragraph 106, and on that basis denies the allegations.

14         107.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

15  the allegations in Paragraph 107, and on that basis denies the allegations.

16         108.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

17  the allegations in Paragraph 108, and on that basis denies the allegations.

18         109.    Paragraph 10+ contains legal conclusions to which no response is required.  To the

19  extent a response is required, Tesla denies the allegations in Paragraph 109.

20         110.    Paragraph 110 contains legal conclusions to which no response is required.  To the

21  extent a response is required, Tesla denies the allegations in Paragraph 110.

22         111.    To the extent Paragraph 111 purports to incorporate or summarize any of the other

23  allegations in this Complaint, Tesla refers the Court to Tesla's answers to those allegations.

24  Paragraph 111 contains legal conclusions to which no response is required.  To the extent a

25  response is required, Tesla denies the allegations in Paragraph 111.

26         112.    Paragraph 112 contains legal conclusions to which no response is required.  To the

27  extent a response is required, Tesla lacks knowledge or information sufficient to form a belief

28  about the truth of the allegations in Paragraph 112, and on that basis denies the allegations.

113.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113, and on that basis denies the allegations.

114.    Tesla admits that, in 2012, Massachusetts voters approved Ballot Question 1. Ballot Question 1 speaks for itself, and Tesla respectfully refers the Court to Ballot Question 1 for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 114, and on that basis denies those allegations.

115.    Tesla admits that the Automotive Aftermarket Industry Association, the Coalition for Auto Repair Equity, the Alliance of Automobile Manufacturers, and the Association of Global Automakers entered into the 2014 MOU in January 2014.  Tesla denies that any car manufacturer signed the 2014 MOU.  Tesla admits that, like all other car manufacturers, it did not sign the 2014 MOU.  The 2014 MOU speaks for itself, and Tesla respectfully refers the Court to the 2014 MOU for a complete and accurate recitation of its contents.  Also, to the extent Paragraph 115 purports to characterize or summarize a report by the Federal Trade Commission, that report speaks for itself, and Tesla respectfully refers the Court to that report for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 115.

116.    The 2014 MOU speaks for itself, and Tesla respectfully refers the Court to the 2014 MOU for a complete and accurate recitation of its contents.  Tesla admits that, in 2020, Massachusetts voters approved Ballot Question 1.  The 2020 Ballot Question 1 speaks for itself, and Tesla respectfully refers the Court to the 2020 Ballot Question 1 for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 116, and on that basis denies those allegations.

117.    Tesla admits that the Automative Service Association, the Society of Collision Repair Specialists, and the Alliance for Automative Innovation entered into the 2023 Automotive Repair Data Sharing Commitment.  Tesla denies that any automative manufacturers signed the 2014 MOU or the 2023 Automotive Data Repair Sharing Commitment.  The 2023 Automotive Data Repair Sharing Commitment speaks for itself, and Tesla respectfully refers the Court to that

1  document for a complete and accurate recitation of its contents. Tesla otherwise lacks knowledge

2  or information sufficient to form a belief about the truth of allegations in Paragraph 117, and on

3  that basis denies those allegations.

4      118.    The 2023 Automotive Data Repair Sharing Commitment speaks for itself, and

5  Tesla respectfully refers the Court to that document for a complete and accurate recitation of its

6  contents. Tesla admits that, like all other car manufacturers, it did not sign the 2023 Automotive

7  Data Repair Sharing Commitment. Tesla denies that it refused to participate in the 2023

8  Automotive Data Repair Sharing Commitment or any other pro-competitive commitments. Tesla

9  denies the remaining allegations in Paragraph 118.

10     119.    Paragraph 119 purports to characterize or summarize a report by the Federal Trade

11 Commission, that report speaks for itself, so Tesla respectfully refers the Court to that article for a

12 complete and accurate recitation of its contents. To the extent Paragraph 119 refers to the practices

13 of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the

14 truth of the allegations in Paragraph 119, and on that basis denies the allegations. Tesla otherwise

15 denies the allegations in Paragraph 119.

16     120.    Paragraph 120 purports to characterize, quote from, or summarize a report by the

17 Federal Trade Commission, that report speaks for itself, so Tesla respectfully refers the Court to

18 that article for a complete and accurate recitation of its contents. To the extent Paragraph 120

19 otherwise refers to the practices of other manufacturers, Tesla lacks knowledge or information

20 sufficient to form a belief about the truth of allegations in Paragraph 120 and on that basis denies

21 the allegations. Tesla otherwise denies the allegations in Paragraph 120.

22     121.    To the extent Paragraph 121 refers to the practices of other manufacturers, Tesla

23 lacks knowledge or information sufficient to form a belief about the truth of allegations in

24 Paragraph 121, and on that basis denies the allegations. Tesla otherwise denies the allegations in

25 Paragraph 121.

26     122.    Paragraph 124 purports to characterize, quote from, or summarize a Statement of

27 Interest filed by the U.S. Department of Justice in *In re: Deere & Co. Repair Servs Antitrust Litig.*,

28 Case No. 3:22-cv-50188 (N.D. Ill. Feb. 13, 2023) (ECF No. 118). That Statement of Interest

speaks for itself, and Tesla respectfully refers the Court to the document for a complete and accurate recitation of its contents. To the extent Paragraph 122 otherwise refers to the practices of entities other than Tesla, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 122, and on that basis denies the allegations.

123.    Paragraph 123 purports to characterize, quote from, or summarize an Executive Order issued on July 9, 2021. That Executive Order speaks for itself, and Tesla respectfully refers the Court to the Executive Order for a complete and accurate recitation of its contents.

124.    To the extent Paragraph 124 purports to characterize, quote from, or summarize a White House fact sheet, the fact sheet speaks for itself, and Tesla respectfully refers the Court to the fact sheet for a complete and accurate recitation of its contents. To the extent Paragraph 124 refers to the practices of other manufacturers, Tesla lacks knowledge or information sufficient to form a belief about the truth of allegations in Paragraph 124, and on that basis denies the allegations. Tesla otherwise denies the allegations in Paragraph 124.

125.    Tesla admits that it was founded in California in 2003 and that Elon Musk became the CEO of Tesla in 2008 and continues to hold that position today. Tesla admits that its first vehicle, the Roadster, was released in 2008, and that between 2008 and 2012, Tesla produced and sold more than 2,400 Roadsters worldwide. Tesla further admits that its original manufacturing facility was known as "Nummi," which continues to operate today. Tesla also admits that the Nummi manufacturing site is one of the largest manufacturing sites in California and that Model S, Model 3, Model X, and Model Y vehicles are produced there. To the extent Paragraph 125 purports to characterize, quote from, or summarize pages on Tesla's website and a July 22, 2023 article published by Business Insider, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents. Tesla otherwise denies the remaining allegations in Paragraph 125.

126.    Tesla admits that it announced the Model S, a full-size sedan, in 2009 and that Tesla began delivering the Model S to customers in June 2012. To the extent Paragraph 126 purports to characterize, quote from, or summarize pages on Tesla's website, and a January 3, 2024 article published by CarFigures.com, those documents speak for themselves, and Tesla respectfully refers

1  the Court to those documents for complete and accurate recitations of their contents.  Tesla
2  otherwise denies the remaining allegations in Paragraph 126.

3      127.    Tesla admits that the Model X was announced in 2013 and that it began delivering
4  Model X vehicles to customers in late-2015.  Tesla admits that the Model X 75D is the base model
5  of the Model X vehicle.  To the extent Paragraph 127 purports to characterize, quote from, or
6  summarize a September 29, 2015 article published by TheVerge.com, a webpage by GetJerry.com,
7  and a January 3, 2024 article published by CarFigures.com, those documents speak for themselves,
8  and Tesla respectfully refers the Court to those documents for complete and accurate recitations
9  of their contents.  Tesla otherwise denies the remaining allegations in Paragraph 127.

10     128.    Tesla admits that the Model Y was announced in 2019, and that Tesla sold over
11 292,000 Model Y vehicles in the United States between 2020 and 2022.  To the extent Paragraph
12 128 purports to characterize, quote from, or summarize a March 16, 2022 article published by
13 CNN, a March 14, 2019 article published by TheVerge.com, and two January 3, 2024 articles
14 published by CarFigures.com, those documents speak for themselves, and Tesla respectfully refers
15 the Court to those documents for a complete and accurate recitation of their contents.  Tesla
16 otherwise denies the remaining allegations in Paragraph 128.

17     129.    Tesla admits that it sold over 3 million vehicles worldwide between 2015 and 2022,
18 and admits that it sold over 1.5 million vehicles in the United States between 2015 and 2022.  To
19 the extent Paragraph 129 purports to characterize, quote from, or summarize a November 4, 2022
20 article published by US News, Tesla Form 10-Ks for the 2015-2021 years, and an article published
21 by GoodCarBadCar.Net, those documents speak for themselves, and Tesla respectfully refers the
22 Court to those documents for complete and accurate recitations of their contents.

23     130.    Tesla admits that it has enjoyed substantial success selling and leasing vehicles  to
24 consumers, and that this success has resulted in an increase in registered EVs in the United States.
25 To the extent Paragraph 130 purports to characterize, quote from, or summarize a May 23, 2022
26 article published by IEA.org, that article speaks for itself, and Tesla respectfully refers the Court
27 to that article for a complete and accurate recitation of its contents.

28

131.    Tesla admits that it operates approximately 160 service centers across the United States.  To the extent Paragraph 131 purports to characterize, quote from, or summarize a page on Tesla's website and Tesla Form 10Ks for 2015-2021, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.

132.    Tesla admits that it owns and operates over 1,500 Supercharger locations in 52 states/territories throughout the United States, and that this Supercharger network has contributed to Tesla's success.  Tesla further admits that California has Supercharger locations.  To the extent Paragraph 132 purports to characterize, quote from, or summarize a January 15, 2024 article published by Scrapehero.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 132.

133.    Tesla admits that is has sold over 3.5 million vehicles worldwide.  Tesla denies the remaining allegations in Paragraph 133.

134.    Tesla admits that the number of Tesla store and service locations and the number of vehicles in Tesla's Mobile Service Fleet have grown since 2018.  Tesla denies the remaining allegations in Paragraph 134.

135.    To the extent Paragraph 135 purports to characterize, quote from, or summarize Tesla's SEC filings, those filings speak for themselves, and Tesla respectfully refers the Court to those filings for a complete and accurate recitation of their contents.  Plaintiffs otherwise do not identify the source of the allegations in Paragraph 135 and footnote 79 of Paragraph 135, which renders them unduly vague and improperly forces Tesla to speculate about their supposed basis, and Tesla therefore denies those allegations on that basis.

136.    To the extent Paragraph 136 purports to characterize, quote from, or summarize a page on Tesla's website, the website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.  Tesla otherwise denies the remaining allegations in Paragraph 138.

137.    To the extent Paragraph 139 purports to characterize, quote from, or summarize a June 28, 2022 article published by JDPower.com, a February 18, 2021 article published by JDPower.com, and a November 19, 2021 article published by Insideevs.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 137.

138.    Tesla denies the allegations in Paragraph 138.

139.    To the extent Paragraph 139 purports to characterize, quote from, or summarize a Tesla 2017 Form 10-K, that filing speaks for itself, and Tesla respectfully refers the Court to that filing for a complete and accurate recitation of its contents.

140.    To the extent Paragraph 140 purports to characterize, quote from, or summarize an October 29, 2018 article published by Electrek.co, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 140.

141.    Tesla denies the allegations in Paragraph 141.

142.    Tesla admits that originally some of its service manuals required the purchase of an annual subscription, but that Tesla service manuals are now available online for no charge.  Tesla further admits that certain diagnostics software is available for purchase by independent operators. To the extent Paragraph 142 purports to characterize, quote from, or summarize a May 20, 2022 article published by Insideevs.com and a page on Tesla's website, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 142.

143.    Tesla admits that, in 2018, it provided the public access to its parts catalog.  Tesla further admits that some parts are labeled in its parts catalog as "Over-the-Counter" "Not for Resale," or "Restricted."  To the extent Paragraph 143 purports to characterize, quote from, or summarize an October 29, 2018 article published by Electrek.co and a page on Tesla's website, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for complete and accurate recitations of their contents.  Tesla denies the remaining allegations in Paragraph 143.

144.    Tesla admits that the purchase of certain parts in Tesla's parts catalog requires the purchaser to provide a VIN number.  Tesla denies the remaining allegations in Paragraph 144.

145.    Tesla denies the allegations in Paragraph 145.

146.    Tesla admits that Tesla vehicles can enter "service mode."  Tesla denies the remaining allegations in Paragraph 146.

147.    Tesla denies the allegations in Paragraph 147.

148.    To the extent Paragraph 148 purports to characterize, quote from, or summarize a Tesla 2022 Form 10-K, that document speaks for itself, and Tesla respectfully refers the Court to that filing for a complete and accurate recitation of its contents.  Paragraph 148 otherwise contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 148.

149.    Paragraph 149 contains legal conclusions to which no response is required.  To the extent Paragraph 149 characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those policies speak for themselves, and Tesla respectfully refers the Court to those warranties and policies for a complete and accurate statement of their contents.  To the extent a further response is required, Tesla denies the allegations in Paragraph 149.

150.    Tesla admits that it does not sell its vehicles through independent dealerships and instead sells its vehicles directly to consumers.  Tesla denies the remaining allegations in Paragraph 150.

151.    Tesla admits that its profit margins are currently greater on sales and leasing than on services.  Tesla further admits that Tesla-Approved Collision Centers are independently owned.  Tesla denies the remaining allegations in Paragraph 151.

152.    Tesla admits that its vehicle frames contain aluminum, among other materials.  Tesla denies the remaining allegations in Paragraph 152.

153.    Tesla denies the allegations in Paragraph 153.

154.    Tesla admits that it manufactures certain components of its vehicles and also purchases certain components from suppliers around the world.  To the extent Paragraph 154 purports to characterize, quote from, or summarize a Tesla 2015 Form 10-K, that document speaks

1    for itself, and Tesla respectfully refers the Court to that document for a complete and accurate

2    recitation of its contents.

3        155.    To the extent Paragraph 155 purports to characterize, quote from, or summarize

4    Tesla agreements with suppliers, those agreements speak for themselves, and Tesla respectfully

5    refers the Court to those agreements for a complete and accurate recitation of their contents.  Tesla

6    otherwise denies the allegations in Paragraph 155.

7        156.    Tesla admits that it entered into a contract with Panasonic in the United States in

8    2014, and that the contract was filed with the Securities Exchange Commission as an exhibit to

9    Tesla's Form 10-Q for the quarter ending September 30, 2014.  To the extent Paragraph 156

10   purports to characterize, quote from, or summarize Tesla and Panasonic's contract filed with the

11   SEC, that document speaks for itself, and Tesla respectfully refers the Court to that filing for a

12   complete and accurate recitation of its contents.

13       157.    Paragraph 157 contains legal conclusions to which no response is required.  To the

14   extent a response is required, Tesla denies the allegations in Paragraph 157.

15       158.    Tesla admits that repair services are available for its vehicles through Tesla Service

16   Centers, Tesla Collision Centers, Tesla-Approved Collision Centers, and independent repair

17   facilities that have no association with Tesla.  Tesla admits that Tesla Service Centers and Tesla

18   Collision Centers are owned and operated by Tesla.  Tesla further admits that the number of Tesla

19   vehicles on the road has increased since the time Tesla started producing and delivering vehicles.

20   Tesla denies the remaining allegations in Paragraph 158.

21       159.    Tesla lacks knowledge or information sufficient to form a belief about the truth of

22   the allegations in the first and second sentences of Paragraph 159, and on that basis denies the

23   allegations.  Tesla denies the remaining allegations in Paragraph 159.

24       160.    To the extent Paragraph 160 purports to characterize, quote from, or summarize an

25   August 28, 2019 article published by Futurism.com and a September 4, 2019 article published by

26   MotorAuthority.com, those documents speak for themselves, and Tesla respectfully refers the

27   Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise

28   denies the allegations in Paragraph 160.

161.    To the extent Paragraph 161 purports to incorporate or summarize any allegations above, Tesla refers the Court to Tesla's answers to those allegations. Tesla admits that it sells replacement parts on its website. Tesla otherwise denies the allegations in Paragraph 161.

162.    Tesla admits that it has made its parts catalog available for free. Tesla denies the remaining allegations in Paragraph 162.

163.    Tesla admits that independent repair facilities have access to software called Toolbox that is used to perform service and maintenance on Tesla vehicles. Tesla denies the remaining allegations in Paragraph 163.

164.    Tesla denies the allegations in Paragraph 164.

165.    To the extent Paragraph 165 purports to characterize, quote from, or summarize May 9, 2017 and May 19, 2017 articles published by BodyShopBusiness.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents. Tesla admits that, before 2017, Tesla did not have any of its own collision repair facilities. Tesla denies the remaining allegations in Paragraph 165.

166.    Tesla denies the allegations in Paragraph 166.

167.    To the extent Paragraph 167 purports to characterize or summarize a page on Tesla's website, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 167.

168.    To the extent Paragraph 16 purports to characterize, quote from, or summarize a page on Tesla's website and an article published by ElectricVehicles.com, those websites speak for themselves, and Tesla respectfully refers the Court to those websites for a complete and accurate recitation of their contents. Tesla otherwise denies the allegations in Paragraph 168.

169.    To the extent the Paragraph 169 purports to characterize, quote from, or summarize an article published by CollisionProsInc.com, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents. Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 169, and on that basis denies the allegations.

170.    Tesla admits that it continues to open new Service Centers.  Tesla otherwise denies the allegations in Paragraph 170.

171.    To the extent Paragraph 171 purports to characterize, quote from, or summarize an article published by Electrek.co and an article from RepairerDrivenNews.com, those documents speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 171.

172.    Tesla denies the allegations in Paragraph 172.

173.    Tesla admits that it currently has  service centers located in 37 states.  To the extent Paragraph 173 purports to characterize, quote from, or summarize pages on Tesla's website and an April 16, 2024 article published by Scrapehero.com, those webpages speak for themselves, and Tesla respectfully refers the Court to those webpages for a complete and accurate recitation of their contents.  Tesla denies the remaining allegations in Paragraph 173.

174.    Tesla admits that the demand for Tesla vehicles has at times been greater than the supply of Tesla vehicles.  Tesla denies the remaining allegations in Paragraph 174.

175.    Tesla denies the allegations in Paragraph 175.

176.    Tesla denies the allegations in Paragraph 176.

177.    Tesla admits that Tesla and Tesla-Approved Collision Centers will not repair damaged battery packs when they cannot be repaired.  To the extent Paragraph 177 purports to characterize, quote from, or summarize a March 27, 2023 article from CowboyStateDaily.com, a September 13, 2021 article published by Electrek.co, and videos from YouTube.com, those documents and webpages speak for themselves, and Tesla respectfully refers the Court to those websites for a complete and accurate recitation of their contents.  Tesla otherwise denies the remaining allegations in Paragraph 177.

178.    Paragraph 178 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 178.

179.    Tesla admits that its new vehicle warranties do not require owners to purchase parts and services for their Tesla vehicles only through Tesla's app.  Tesla denies the remaining allegations in Paragraph 179.

180.    To the extent Paragraph 180 purports to characterize, quote from, or summarize Tesla vehicle warranties and policies, those warranties and policies speak for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.

181.    To the extent Paragraph 181 purports to characterize, quote from, or summarize a page on Tesla's website, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.

182.    To the extent Paragraph 182 purports to characterize, quote from, or summarize the Tesla Parts, Body & Paint Repair Limited Warranty, that document speaks for itself, and Tesla respectfully refers the Court to this document for a complete and accurate recitation of its contents.

183.    To the extent Paragraph 183 purports to characterize, quote from, or summarize the Tesla Parts, Body & Paint Repair Limited Warranty, that document speaks for itself, and Tesla respectfully refers the Court to that document for a complete and accurate recitation of its contents.

184.    To the extent Paragraph 184 purports to characterize, quote from, or summarize Tesla vehicle warranties, policies, and manuals, those documents for themselves, and Tesla respectfully refers the Court to those documents for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 184.

185.    To the extent Paragraph 185 purports to characterize or summarize the posts on the Tesla Motors Club online forum, that website speaks for itself, and Tesla respectfully refers the Court to that website for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 185.

186.    To the extent Paragraph 186 purports to characterize or summarize from a post on the Tesla Motors Club online forum, that webpage speaks for itself, and Tesla respectfully refers the Court to that webpage for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 186.

187.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 187, and on that basis denies the allegations.

188.    To the extent Paragraph 188 purports to characterize, quote from, or summarize Tesla's Unsupported or Salvaged Vehicle Policy, that policy speaks for itself, and Tesla respectfully refers the Court to that policy for a complete and accurate recitation of their contents.

189.    To the extent Paragraph 189 purports to characterize or summarize Tesla's Unsupported or Salvaged Vehicle Policy, that policy speaks for itself, and Tesla respectfully refers the Court to that policy for a complete and accurate recitation of their contents.  And to the extent Paragraph 189 purports to characterize, quote from, or summarize a February 17, 2020 article published by Insideevs.com, that article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 189.

190.    Paragraph 190 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 190.

191.    Paragraph 191 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 191.

192.    Tesla denies the allegations in Paragraph 192.

193.    Tesla denies the allegations in Paragraph 193.

194.    Tesla denies the allegations in Paragraph 194.

195.    To the extent Paragraph 195 purports to characterize, quote from, or summarize Elon Musk's October 16, 2018 Twitter post, that Twitter post speaks for itself, and Tesla respectfully refers the Court to that post for a complete and accurate recitation of its contents. Tesla otherwise denies the allegations in Paragraph 195.

196.    Tesla lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196, and on that basis denies the allegations.

197.    To the extent Paragraph 197 purports to characterize, quote from, or summarize an August 24, 2022 article published by Vox, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 197.

198.    To the extent Paragraph 198 purports to characterize, quote from, or summarize a November 10, 2020 article published by Vice, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 198.

199.    To the extent Paragraph 199 purports to characterize, quote from, or summarize an article published by AutoNationMobileService.com, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 199.

200.    Paragraph 200 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 200.

201.    To the extent Paragraph 201 purports to characterize, quote from, or summarize an article published by Ford.com and an article published by StealthEV.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles for a complete and accurate recitation of their contents.  Tesla otherwise denies the allegations in Paragraph 201.

202.    To the extent Paragraph 202 purports to characterize, quote from, or summarize an article published by Jalopnik.com and an October 20, 2023 article published by InsideEVs.com, those articles speak for themselves, and Tesla respectfully refers the Court to those articles for a complete and accurate recitation of their contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 202, and on that basis denies the allegations.

203.    Tesla denies the allegations in Paragraph 203.

204.    To the extent Paragraph 204 purports to characterize, quote from, or summarize an article published by CleanTechnica.com, the article speaks for itself, and Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.  Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204, and on that basis denies the remaining allegations.

205.    To the extent Paragraph 205 purports to characterize, quote from, or summarize two posts in the Tesla Motors Club online forum, those webpages speak for themselves, and Tesla

1    respectfully refers the Court to those webpages for a complete and accurate recitation of their

2    contents.  Tesla otherwise denies the allegations in Paragraph 205.

3        206.    To the extent Paragraph 206 purports to characterize, quote from, or summarize a

4    June 27, 2022 article published by GetJerry.com, that article speaks for itself, and Tesla

5    respectfully refers the Court to that article for a complete and accurate recitation of its contents.

6    Tesla otherwise lacks knowledge or information sufficient to form a belief about the truth of the

7    allegations in Paragraph 206, and on that basis denies the allegations.

8        207.    Tesla denies the allegations in Paragraph 207.

9        208.    Tesla admits that, like all other manufacturers, it did not sign the 2014 MOU.  Tesla

10   denies the remaining allegations in Paragraph 208.

11       209.    To the extent Paragraph 209 purports to characterize a July 19, 2021 Substack post,

12   that post speaks for itself, and Tesla respectfully refers the Court to that post for a complete and

13   accurate recitation of its contents.  Tesla otherwise denies the allegations in Paragraph 209.

14       210.    Paragraph 210 purports to characterize, quote from, or summarize a report by the

15   Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court

16   to that article for a complete and accurate recitation of its contents.

17       211.    Paragraph 211 purports to characterize, quote from, or summarize a report by the

18   Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court

19   to that article for a complete and accurate recitation of its contents.

20       212.    Paragraph 212 purports to characterize, quote from, or summarize a report by the

21   Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court

22   to that article for a complete and accurate recitation of its contents.

23       213.    Paragraph 213 purports to characterize, quote from, or summarize a report by the

24   Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court

25   to that article for a complete and accurate recitation of its contents.

26       214.    Paragraph 214 purports to characterize, quote from, or summarize a report by the

27   Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court

28   to that article for a complete and accurate recitation of its contents.

215.     Paragraph 215 purports to characterize, quote from, or summarize a report by the Federal Trade Commission, and that report speaks for itself, so Tesla respectfully refers the Court to that article for a complete and accurate recitation of its contents.

216.     Tesla admits that Plaintiffs purport to bring this action on behalf of themselves and a putative class defined in Paragraph 216, but denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

217.     Tesla admits that Plaintiffs purport to bring this action on behalf of themselves and a putative class defined in Paragraph 217, but denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

218.     Paragraph 218 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 218, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

219.     Paragraph 219 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 219, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

220.     Paragraph 220 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 220, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

221.     Paragraph 221 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 221, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

222.     Paragraph 222 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 222, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

223.     Paragraph 223 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 223, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

224.    Paragraph 224 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 224, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

225.    Paragraph 225 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 225, denies that certification of any class is proper under Federal Rule of Civil Procedure 23, and denies that plaintiffs are entitled to injunctive or declaratory relief.

226.    Paragraph 222 contains legal arguments and conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 226, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

227.    Paragraph 227 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 227.

228.    Paragraph 228 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 228.

229.    Paragraph 229 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 229.

230.    Paragraph 230 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 230.

231.    Paragraph 231 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 231, and denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

232.    Tesla admits that its owns and operates Tesla Service Centers.  Tesla admits that some of the named Plaintiffs had their vehicles serviced at Tesla Service Centers.  Tesla lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 232, and on that basis denies those allegations.  Tesla also denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

233.    Paragraph 233 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla lacks knowledge or information sufficient to form a belief

about the truth of the allegations in Paragraph 233, and on that basis denies the allegations.  Tesla also denies that certification of any class is proper under Federal Rule of Civil Procedure 23.

234.    Tesla denies the allegations in Paragraph 234.

235.    Tesla denies the allegations in Paragraph 235.

236.    Paragraph 236 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 236.

237.    Paragraph 237 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 237.

238.    Paragraph 238 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 238.

239.    Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

240.    Paragraph 240 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 240.

241.    Paragraph 241 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 241.

242.    Paragraph 242 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 242.

243.    Paragraph 243 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 243.

244.    Paragraph 244 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 244.

245.    Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

246.    Paragraph 246 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 246.

247.    Paragraph 247 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 247.

248.     Paragraph 248 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 248.

249.     Paragraph 249 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 249.

250.     Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

251.     Paragraph 251 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 251.

252.     Paragraph 252 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 252.

253.     Paragraph 253 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 253.

254.     Paragraph 254 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 254.

255.     Paragraph 255 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 255.

256.     Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

257.     Paragraph 257 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 257.

258.     Paragraph 258 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 258.

259.     Paragraph 259 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 259.

260.     Paragraph 260 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 260.

261.     Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

262.    Paragraph 262 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 262.

263.    Paragraph 263 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 263.

264.    Paragraph 264 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 264.

265.    Paragraph 265 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 265.

266.    Paragraph 266 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 266.

267.    Paragraph 267 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 267.

268.    Paragraph 268 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 268.

269.    Paragraph 269 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 269.

270.    Paragraph 270 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 270.

271.    Paragraph 271 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 271.

272.    Paragraph 272 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 272.

273.    Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

274.    Paragraph 274 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 274.

275.    Paragraph 275 contains legal conclusions, to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 275.

276.     Paragraph 276 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 276.

277.     Paragraph 277 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 277.

278.     Paragraph 278 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 278.

279.     Paragraph 279 contains legal conclusions to which no response is required.  To the extent a response is required, Tesla denies the allegations in Paragraph 279.

280.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 280 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 282.

281.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 281 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 281.

282.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 282 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 282.

283.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 283 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 283.

284.     Pursuant to the Court's Order denying in part and granting in part Tesla's motion to dismiss (ECF No. 156), no response is required.  A response also is not required because Paragraph 284 contains legal conclusions.  To the extent a response is required, Tesla denies the allegations in Paragraph 284.

285.    Tesla restates and adopts its answers to each other paragraph of the Third Amended Consolidated Complaint as if set forth in full here.

286.    Paragraph 286 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 286.

287.    Tesla admits that it manufactures motor vehicles and some parts that can be used to repair those vehicles. Paragraph 287 otherwise contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 287.

288.    To the extent Paragraph 288 purports to characterize or summarize Tesla's agreements with suppliers, those agreements speak for themselves, and Tesla respectfully refers the Court to those agreements for a complete and accurate recitation of their contents. Paragraph 288 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 288.

289.    Tesla admits that it provides repair services to its customers. Paragraph 289 otherwise contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the remaining allegations in Paragraph 289.

290.    To the extent Paragraph 290 purports to characterize or summarize Tesla's agreements with Tesla-Approved Collision Centers, those agreements speak for themselves, and Tesla respectfully refers the Court to those agreements for a complete and accurate recitation of their contents. Paragraph 290 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 290.

291.    Paragraph 291 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 291.

292.    Paragraph 292 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 292.

293.    Paragraph 293 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 293.

294.    Paragraph 294 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 294.

1    295.    Paragraph 295 contains legal conclusions to which no response is required.  To the

2    extent a response is required, Tesla denies the allegations in Paragraph 295.

3    296.    Paragraph 296 contains legal conclusions to which no response is required.  To the

4    extent a response is required, Tesla denies the allegations in Paragraph 296.

5    297.    Paragraph 297 contains legal conclusions to which no response is required.  To the

6    extent a response is required, Tesla denies the allegations in Paragraph 297.

7    298.    Tesla restates and adopts its answers to each other paragraph of the Third Amended

8    Consolidated Complaint as if set forth in full here.

9    299.    Paragraph 299 contains legal conclusions to which no response is required.  To the

10   extent a response is required, Tesla denies the allegations in Paragraph 299.

11   300.    Paragraph 300 contains legal conclusions to which no response is required.  To the

12   extent a response is required, Tesla denies the allegations in Paragraph 300.

13   301.    Paragraph 301 contains legal conclusions to which no response is required.  To the

14   extent a response is required, Tesla denies the allegations in Paragraph 301.

15   302.    Paragraph 302 contains legal conclusions to which no response is required.  To the

16   extent a response is required, Tesla denies the allegations in Paragraph 302.

17   303.    Paragraph 303 contains legal conclusions to which no response is required.  To the

18   extent a response is required, Tesla denies the allegations in Paragraph 303.

19   304.    Paragraph 304 contains legal conclusions to which no response is required.  To the

20   extent a response is required, Tesla denies the allegations in Paragraph 304.

21   305.    Tesla admits that its new vehicle warranties do not require Tesla owners to utilize

22   only Tesla repair services or parts purchased from Tesla.   To the extent Paragraph 305

23   characterizes, quotes from, or summarizes Tesla's vehicle warranties and related policies, those

24   policies speak for themselves, and Tesla respectfully refers the Court to those warranties and

25   policies for complete and accurate statements of their contents.   Tesla otherwise denies the

26   allegations in Paragraph 305.

27   306.    Paragraph 306 contains legal conclusions to which no response is required.  To the

28   extent a response is required, Tesla denies the allegations in Paragraph 306.

307.    Paragraph 307 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 307.

308.    Paragraph 308 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 308.

309.    Paragraph 309 consists of Plaintiffs' characterizations of their purported claim, to which no response is necessary. To the extent a response is necessary, Tesla denies that Plaintiffs are entitled to injunctive relief, disgorgement, or any other relief.

310.    Paragraph 310 consists of Plaintiffs' characterizations of their purported claim, to which no response is necessary. To the extent a response is necessary, Tesla denies that Plaintiffs are entitled to equitable relief.

311.    Paragraph 311 contains legal conclusions to which no response is required. To the extent a response is required, Tesla denies the allegations in Paragraph 311.

Tesla states that no response is required to Plaintiffs' prayer for relief. To the extent a response is required, Tesla denies that Plaintiffs or the putative class are entitled to the relief sought in the Complaint, or any relief at all.

312.    This jury demand consists of Plaintiffs' characterizations of their purported claims, to which no response is required. To the extent a response is required, Tesla denies that Plaintiffs or the putative class are entitled to a jury trial under the Seventh Amendment of the United States Constitution or otherwise.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof that it would not otherwise bear, Tesla reasserts, without limitation, all defenses raised in its Motion to Dismiss and other filings, whether or not separately re-pleaded herein. Tesla also asserts the following affirmative and other defenses. In listing the defenses below, Tesla does not knowingly or intentionally waive any defenses, including arguments about which issues fall within the Plaintiffs' burden of proof. Tesla also reserves the right to rely on any affirmative or other defense or claim that may subsequently come to light, and expressly reserves the right to amend its Answer to assert such additional defenses or claims.

1

2

### FIRST DEFENSE

Plaintiffs' claims and those of putative class members are barred, in whole or in part, by

3  the equitable doctrine of laches.  Tesla's conduct underlying Plaintiffs' claims is alleged to have

4  begun as early as 2003, twenty years before Plaintiffs filed their lawsuit.  Many of the claimed

5  injuries occurred more than four years ago and Tesla is prejudiced by Plaintiffs' delay in filing

6  suit.  Thus, Plaintiffs' claims for injunctive relief are barred by the equitable doctrine of laches.

7

### SECOND DEFENSE

8

Plaintiffs' claims and those of putative class members are barred, in whole or in part, by

9  the doctrines of estoppel, waiver, and/or unclean hands, including to the extent that plaintiffs

10  voluntarily continued to use Tesla's vehicles and services, including after learning of Tesla's

11  allegedly anticompetitive conduct or after learning that Tesla vehicles and parts were allegedly

12  different from customers' expectations, or were otherwise responsible for their injuries through

13  negligent driving or failure to pursue reasonable opportunities to mitigate their harms.

14

### THIRD DEFENSE

15

Plaintiffs' claims and those of putative class members are barred, in whole or in part,

16  because plaintiffs consented to the conduct alleged in the Complaint.

17

### FOURTH DEFENSE

18

Plaintiffs' claims and those of putative class members are barred, in whole or in part,

19  because the claims are subject to arbitration or another form of alternative dispute resolution.

20

### FIFTH DEFENSE

21

Plaintiffs' claims and those of putative class members are barred, in whole or in part,

22  because plaintiffs waived the right to participate in a class action and/or released Tesla from claims

23  arising out of or in connection with service to their vehicles.

24

### SIXTH DEFENSE

25

Plaintiffs' claims and those of putative class members are barred, in whole or in part,

26  because they seek to hold Tesla liable for engaging in conduct that is protected by the First

27  Amendment and/or the *Noerr-Pennington* doctrine.

28

### SEVENTH DEFENSE

Tesla's alleged activities do not give rise to antitrust liability, because notwithstanding any alleged adverse effects on competition, Tesla had a legitimate business justification for the alleged activities, which is apparent on the face of the complaint, and which Tesla intends to support through witness and expert testimony. By asserting this defense, Tesla does not concede that it bears any burden of proof on any question of liability.

**EIGHTH DEFENSE**

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because Tesla has ceased the challenged conduct (if it ever engaged in the conduct in the first place) and has no plans to reengage in that conduct in the future.

**NINTH DEFENSE**

Plaintiffs' claims and those of putative class members are barred, in whole or in part, because the claims are moot for numerous reasons including Plaintiffs no longer own the at issue vehicles, because Tesla no longer engages in the challenged conduct, and because Plaintiffs do not intend to repair their own vehicles or receive service or purchase parts from Tesla.

Dated: March 4, 2025

*s/ Ari Holtzblatt*
Ari Holtzblatt (SBN 354631)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, DC 20037
Tel: (202) 663-6964
ari.holtzblatt@wilmerhale.com

David Gringer (*pro hac vice*)
Andres C. Salinas (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel: (212) 230-8864
david.gringer@wilmerhale.com
andres.salinas@wilmerhale.com

David Marcus (SBN 158704)
WILMER CUTLER PICKERING

HALE AND DORR LLP
350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Tel: (213) 443-5312
david.marcus@wilmerhale.com

Allison Bingxue Que (SBN 324044)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel.: (650) 858-6000
allison.que@wilmerhale.com

Christopher C. Wheeler (SBN 224872)
FARELLA BRAUN + MARTELL LLP
One Bush Stret, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4979
cwheeler@fbm.com

*Attorneys for Defendant Tesla, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System.

*s/ Ari Holtzblatt*
Ari Holtzblatt (SBN 354631)