1
2
3
4
5
6
7
8                             **UNITED STATES DISTRICT COURT**
9                            **NORTHERN DISTRICT OF CALIFORNIA**
10                                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRGINIA M. LAMBRIX, *et al.*, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>TESLA, INC.,<br><br>               Defendant. | Case No. 3:23-cv-1145-TLT (Lead Case)<br>Case No. 3:23-cv-1496-TLT<br>Case No. 3:23-cv-1543-TLT<br>Case No. 3:23-cv-2035-TLT<br>Case No. 3:23-cv-2352-TLT<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE**<br><br>Judge:    Honorable Trina L. Thompson |

Pursuant to the Parties' Stipulated Motion to Voluntarily Dismiss with Prejudice, the Court hereby dismisses *Lambrix, et al. v. Tesla, Inc.*, Case No. 3:23-cv-1145-TLT (Lead Case), and the consolidated cases: Case Nos. 3:23-cv-1496-TLT; 3:23-cv-1543-TLT; 3:23-cv-2035-TLT; 3:23-cv-2352-TLT.  All cases are dismissed with prejudice, but without costs and attorneys' fees to either party.

IT IS SO ORDERED.

Dated:  ____June 9____, 2025    _____
The Honorable Trina L. Thompson
United States District Judge